```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0142--CV (JWS)
                "ARTHUR J. PORTER ET AL V SOA ET AL"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 06/17/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   ALLEGE EXCESSIVE USE OF FORCE BY OFFICER
           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 06/17/05 receipt # 00125974
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | | |
|---|---|---|---|
| PLF 1.1 | | PORTER, ARTHUR J. | Mark D. Osterman<br>215 Fidalgo, Suite 106<br>Kenai, AK 99611<br>907-283-5660<br>FAX 907-283-5677 |
| PLF 2.1 | [T] | PORTER, KRISTIE L. | No counsel found for this party! |
| PLF 3.1 | | PORTER, CHRISTIE L. | No counsel found for this party! |
| DEF 1.1 | [T] | ALASKA, STATE OF | No counsel found for this party! |
| DEF 2.1 | | OSBORN, ARTHUR J. | Eric A. Aarseth<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5190 |
| DEF 3.1 | | WHITTOM, JOSEPH | Eric A. Aarseth<br>(see above) |
| DEF 4.1 | | GRIMES, JULIA | No counsel found for this party! |
| DEF 5.1 | | BOWMAN, CPT. THOMAS | No counsel found for this party! |
| DEF 6.1 | | TANDESKE, DIRECTOR | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0142--CV (JWS)
                "ARTHUR J. PORTER ET AL V SOA ET AL"

                         For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 06/17/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                   ALLEGE EXCESSIVE USE OF FORCE BY OFFICER
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 06/17/05 receipt # 00125974
          Trial by: Jury
```

```
Document #   Filed     Docket text

  1 -   1   06/17/05   DEF 2-3 Notice of Removal from Superior Court for the the State of
                       Alaska case # 3KN-04-1022CI w/att exh.

  2 -   1   06/17/05   DEF 2-3 Notice of filing and designation of state court proceeding
                       records w/att exhs.

  2 -   2   06/17/05   PLF 1-2 Jury Demand.

  3 -   1   06/20/05   JWS Minute Order to Petitioners Subsequent to Removal.  Petitioners to
                       file w/i 10 days copies of state crt docs and svc list. cc: cnsl

  4 -   1   06/21/05   JWS Amended Minute Order to Petitioners Subsequent to Removal.
                       Petitioners to file w/i 10 days copies of state crt docs and svc list.
                       cc: cnsl

  5 -   1   06/30/05   DEF 2-3 Service List.

  6 -   1   06/30/05   DEF 2-3 Notice of filing state court docs w/att exhs.

  7 -   1   07/07/05   DEF 2-3 Supplemental notice of filing state crt docs.

  8 -   1   07/15/05   PLF 1-2 motion for extension of time until 10 days after contemplated
                       substitution of counsel to file objections to notice of removal.

  9 -   1   07/27/05   DEF 2-3 opposition (response) to PLF 1-2 motion for extension of time
                       until 10 days after contemplated substitution of counsel to file
                       objections to notice of removal (8-1).

 10 -   1   08/04/05   PLF 1-2 Notice of pending substitution of cnsl.

 10 -   2   08/04/05   PLF 1-2 reply to opposition to PLF 1-2 motion for extension of time
                       until 10 days after contemplated substitution of counsel to file
                       objections to notice of removal (8-1).

 11 -   1   08/10/05   JWS Minute Order granting mot for ext of time until 10 days after
                       contemplated sub of cnsl (8-1); plfs have until 8/26/05 to respond to
                       notice of removal. cc: cnsl, M. Osterman
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0142--CV (JWS)
                          "ARTHUR J. PORTER ET AL V SOA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 08/22/05 | PLF 1-2 Notice of filing facsmile copies of pleadings being mailed to the crt on 8/22/05 w/att copies. |
| 13 - 1 | 08/23/05 | PLF 1-2 Attorney Appearance of M. Osterman. |
| 14 - 1 | 08/23/05 | PLF 1-2 motion for extension of time of 20 days to oppose removal & seek remand to state court w/att memo & aff. |
| 15 - 1 | 08/25/05 | JWS Minute Order granting mot for ext of time of 20 days to oppose removal & seek remand to state crt (14-1); plfs' response to removal due 9/14/05. cc: cnsl |
| 16 - 1 | 09/02/05 | DEF 2-3 non-opposition to PLF 1-2 motion for extension of time of 20 days to oppose removal & seek remand to state court (14-1). |
| 17 - 1 | 09/13/05 | PLF 1-2 Notice of non-oppo to removal action. |
| 18 - 1 | 09/27/05 | PLF 1-2 motion for withdrawal of counsel. |
| 19 - 1 | 09/27/05 | PLF 1-2 motion to allow substitution of counsel; Osterman Law Office to be substituted for P. Weidner & Assoc. |
| 20 - 1 | 09/30/05 | PLF 1-2 Proof of svc of order re: PLF 1-2 motion to allow substitution of counsel; Osterman Law Office to be substituted for P. Weidner & Assoc (19-1) . |
| 21 - 1 | 10/04/05 | DEF 1 non-opposition to PLF 1-2 mot for withdrawal of cnsl (18-1), PLF 1-2 motion to allow substitution of cnsl; Osterman Law Office to be substituted for P. Weidner & Assoc (19-1). |
| 22 - 1 | 10/07/05 | RRB Order granting mot for withdrawal of cnsl (18-1), mot to allow substitution of cnsl; Osterman Law Office to be sub (19-1). cc: cnsl, M. Osterman |
| 23 - 1 | 10/07/05 | JWS Minute Order that ans hasn't been fld; plf to require ans or apply for dft w/i 20 days. cc: cnsl |
| 24 - 1 | 10/27/05 | PLF 1-2 Unopposed motion (agreement) that plaintiff to file amended complaint by 10/30/05 & def will have 20 days to answer. |
| 25 - 1 | 10/28/05 | JWS Order granting unoppo mot (agreement) that plf to file amended cmplt by 10/30/05 & def cnsl will have 20 days to respond (24-1); compliance w/ord @ dkt 23 not required. cc: cnsl |
| 26 - 1 | 11/02/05 | PLF 1-2 motion for amended complaint w/att memo & prop amended cmplt. |
| 27 - 1 | 11/04/05 | JWS Order granting mot for amended cmplt (26-1); defs not previously served shall be served & ans shall be made on amended cmplt w/i 20 days of svc. cc: cnsl |
| 28 - 1 | 11/04/05 | PLF 1-2 Complaint (1st Amended). |
| 29 - 1 | 11/22/05 | DEF 2-3 Answer to 1st Amended Complaint. |