Hatton G. Greer, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ARTHUR J. PORTER and )
CHRISTIE A. PORTER, )
    Plaintiffs, )
)
vs. )
)
ARTHUR J. OSBORN and JOSEPH )
WHITTOM, individually; JULIA GRIMES,)
Director of Alaska's State Troopers; )
CAPTAIN THOMAS BOWMAN, )
Commander of Detachment E; and ) Case No. A05-0142 CV (JWS) TMB
DIRECTOR TANDESKE, Alaska )
Department of Public Safety, )
    Defendants )
_____ )

*RECEIVED FEB 07 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA*

## MOTION FOR VOLUNTARY DISMISSAL

    Defendants by and through their attorneys Osterman Law Office and hereby file this unopposed Motion for a Voluntary Dismissal.  The Parties have agreed that Julia Grimes, Director of Alaska State Troopers, Captain Thomas Bowman, Commander of Detachment E and Director Tandeske of the Department of Public Safety shall be DISMISSED in their individual capacities. The Parties agree that each side shall bear their own costs and attorney fees.

Motion for Voluntary Dismissal    Page 1 of 2
Arthur J. Porter and Christie A. Porter v. Arthur J. Osborn, et al.
Case No. A05-0142 CV (JWS)

Date: ~~January 31~~ FEBRUARY 6, 2006

Respectfully submitted:

/s/ Hatton G. Greer

Hatton G. Greer
Alaska Bar No. 03311057
Mark D. Osterman
Alaska Bar No. 0211064
Attorneys for Plaintiffs

Motion for Voluntary Dismissal                                                        Page 2 of 2
Arthur J. Porter and Christie A. Porter v. Arthur J. Osborn, et al.
Case No. A05-0142 CV (JWS)