Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660



### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and CHRISTIE L. PORTER, Plaintiffs, vs. ARTHUR J. OSBORN and JOSEPH WHITTOM, Defendants | Case No. A05-0142 CV (JWS) TMB |

**PROOF OF SERVICE**

I certify that on February 6, 2006 I sent by first class mail the **MOTION FOR VOLUNTARY DISMISSAL AND ORDER FOR VOLUNTARY DISMISSAL** to the Office Of The Attorney General, (David Floerchinger) Anchorage Branch, 1031 W. Fourth Avenue, Suite 200, Anchorage, Alaska, 99501.

Respectfully Submitted,

_Joyce Sullivan_
Joyce Sullivan

SUBSCRIBED AND SWORN TO, before me the undersigned authority, on this  6  day of  Feb , 2005.

_Melanie Osterman_
Notary Public for the State of Alaska
Exp. 4-15-08