Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ARTHUR J. PORTER and )
  CHRISTIE L. PORTER, )
    Plaintiffs, )
 )
vs. )
 )
ARTHUR J. OSBORN and )
  JOSEPH WHITTOM, ) Case No. A05-0142 CV (JWS) TMB
    Defendants )
_____)

### ORDER FOR VOLUNTARY DISMISSAL

The court aware of this matter and being fully advised, the MOTION FOR VOLUNTARY DISMISSAL is GRANTED.

IT IS SO ORDERED.

Date:

_____
United States District Judge