DAVID W. MÁRQUEZ
ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ARTHUR J. PORTER and KRISTIE L. PORTER, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:05-cv-00142-JWS |
| v. | ) ) ) | |
| ARTHUR J. OSBORN and JOSEPH WHITTOM, individually, JULIA GRIMES, Director of the Alaska State Troopers, CPT. THOMAS BOWMAN, Commander of Detachment E and DIRECTOR TANDESKE, Alaska Department of Public Safety, | ) ) ) ) ) ) ) | SCHEDULING AND PLANNING CONFERENCE REPORT |
| Defendants. | ) ) | |

**1. Meeting.**  In accordance with F.R.Civ.P. 26(f), a meeting was held on **2/1/06** and was attended by:

   **Mark D. Osterman**, attorney for plaintiffs, Aurthur J. and Kristie L. Porter

   **David D. Floerchinger**, attorney for defendants, Arthur J. Osborn and Joseph Whittom

   The parties recommend the following:

**2. Pre-Discovery Disclosures.**  The information required by F.R.Civ.P. 26(a)(1):

   ___ have been exchanged by the parties

   _X_ will be exchanged by the parties by **3/15/06**

   ___ Proposed changes to disclosure requirements: **N/A**

Preliminary witness lists

___ have been exchanged by the parties

**X** will be exchanged by the parties by **3/15/06**

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

– **Issues of law regarding plaintiffs' individual claims as separate from the estate.**

– **Issues of fact and law regarding scope and amount of plaintiffs' damages.**

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

 A. Discovery will be needed on the following issues:

– **All aspects of the use of force by defendants Osborn and Whittom on the date in question.**

– **Damages.**

– **All aspects of opinions to be offered by expert witnesses.**

 B. All discovery commenced in time to be completed by **12/1/06** ("discovery close date").

 C. Limitations on Discovery.

 1. Interrogatories.

 **X** No change from F.R.Civ.P. 33(a)

 ___ Maximum of ___ by each party to any other party.

 Responses due in ___ days.

 2. Requests for Admissions.

 **X** No change from F.R.Civ.P. 36(a)

 ___ Maximum of ___ requests.

 Responses due in ___ days.

 3. Depositions.

 **X** No change from F.R.Civ.P. 30(a), (d).

 ___ Maximum of ___ depositions by each party.

 Depositions not to exceed ___ hours unless agreed to by all parties.

   D.  Reports from retained experts.
   __X__ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).
   ____ Reports due:

   From plaintiff                    From defendant

   E.  Supplementation of disclosures and discovery responses are to be made:
   ____ Periodically at 60-day intervals from the entry of scheduling and planning order.
   __X__ As new information is acquired, but not later than 60 days before the close of discovery.

   F.  A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:
   __X__ 45 day prior to the close of discovery.
   ____ Not later than

5. **Pretrial Motions.**

   __X__ No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]
   ____ Motions to amend pleadings or add parties to be filed not later than
   ____ Motions under the discovery rules must be filed not later than
   ____ Motions in limine and dispositive motions must be filed not later than

6. **Other Provisions:**

   A.  __X__ The parties do not request a conference with the court before entry of the scheduling order.

   ____ The parties request a scheduling conference with the court on the following issue(s):

3

    B.  Alternative Dispute Resolution. [D.Ak.LR 16.2]

        ___  This matter is not considered a candidate for court-annexed alternative dispute resolution.

        **X**  The parties will file a request for alternative dispute resolution not later than **the close of discovery (12/1/06).**

    C.  The parties ___ do **X** do not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

      ___ All parties have complied     **X**  Compliance not required by any party

**7.  Trial.**

    A.  The matter will be ready for trial:

      ___ 45 days after the discovery close date.

      **X** not later than **2/12/07**

    B.  The matter is expected to take **10** days to try.

    C.  Jury Demanded: **X** Yes ___ No

      Right to jury trial disputed? ___ Yes **X** No

DATED this 14th day of February, 2006 at Kenai, Alaska.

        MARK D. OSTERMAN LAW OFFICE, PC
        ATTORNEY FOR PLAINTIFFS

By:   s/ Mark D. Osterman (consent)
       215 Fidalgo, Suite 106
       Kenai, AK 99611
       Phone: (907) 283-5660
       Fax:   (907) 283-5677
       Alaska Bar No. 0211064

DATED this 14th day of February, 2006 at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:   s/ David D. Floerchinger
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:   (907) 258-0760
       Dave_Floerchinger@law.state.ak.us
       TWC.ECF@law.state.ak.us
       Alaska Bar No. 8511156\

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing Scheduling and Planning Conference Report is being mailed to:

Mark D. Osterman
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, AK  99611

s/ David D. Floerchinger 2/14/06

5