Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

RECEIVED
FEB 14 2006
CLERK, U.S. ...
ANCHOR... COURT
... ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ARTHUR J. PORTER and )
CHRISTIE A. PORTER, )
   Plaintiffs, )
)
vs. )
)
ARTHUR J. OSBORN and JOSEPH )
WHITTOM, individually; ) Case No. A05-0142 CV (JWS) JMB
)
   Defendants )
)

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs by and through their attorneys Osterman Law Office and hereby brings this unopposed Motion for a Voluntary Dismissal. The Parties have agreed that Julia Grimes, Director of Alaska State Troopers, Captain Thomas Bowman, Commander of Detachment E and Director Tandeske of the Department of Public Safety shall be DISMISSED in their individual capacities. The Parties agree that each side shall bear their own costs and attorney fees with respect to this issue. Furthermore, it is understood that no service has been perfected on the dismissed parties, and they are not prejudiced by this Voluntary Dismissal..

Respectfully submitted:

Date: February 10, 2006

                                    _____
                                    Mark D. Osterman
                                    Alaska Bar No. 0211064
                                    Attorneys for Plaintiffs

Motion for Voluntary Dismissal                                        Page 1 of 1
Arthur J. Porter and Christie A. Porter v. Arthur J. Osborn, et al.
Case No. A05-0142 CV (JWS)