Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

**RECEIVED**
FEB 1 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ARTHUR J. PORTER and )
CHRISTIE L. PORTER, )
Plaintiffs, )
)
vs. )
)
ARTHUR J. OSBORN and )
JOSEPH WHITTOM, ) Case No. A05-0142 CV (JWS) TMB
Defendants )
_____)

**PROOF OF SERVICE**

I certify that on February 13, 2006 I sent by first class mail the **UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL AND ORDER FOR VOLUNTARY DISMISSAL** to the Office Of The Attorney General, (David Floerchinger) Anchorage Branch, 1031 W. Fourth Avenue, Suite 200, Anchorage, Alaska, 99501.

Respectfully Submitted,

Joyce Sullivan

SUBSCRIBED AND SWORN TO, before me the undersigned authority, on this 13th day of Feb, 2005.

Melanie Osterman
Expires 4-15-08

