Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and<br>CHRISTIE L. PORTER,<br>  Plaintiffs,<br><br>vs.<br><br>ARTHUR J. OSBORN and<br>JOSEPH WHITTOM,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-0142 CV (~~JWS~~) TMB<br>)<br>) |

### ORDER FOR VOLUNTARY DISMISSAL

The ~~court~~ aware of this matter and being fully advised, the UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL is GRANTED.

IT IS SO ORDERED.

Date:

_____
United States District Judge