## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Porter, et al. v. Osborn, et al.*
Case No. 3:05-cv-0142-TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

    Plaintiffs have filed an unopposed motion for voluntary dismissal of several defendants. Docket No. 35.  The motion at **Docket No. 35** is **GRANTED.**  Per the agreement of the parties, the following persons are dismissed from this action:  Julia Grimes, Director of Alaska State Troopers, Captain Thomas Bowman, Commander of Detachment E; and Director Tandeske, of the Alaska Department of Public Safety.  The parties agree that each side shall bear their own costs and fees with respect to this issue.

    **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  March 13, 2006


T:\Porter.wpd