Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660


RECEIVED
MAR 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ARTHUR J. PORTER and )
CHRISTIE A. PORTER, )
   Plaintiffs, )
)
vs. )
)
ARTHUR J. OSBORN and JOSEPH )
WHITTOM, individually )
) Case No. A05-0142 CV (JWS)
   Defendants )
_____)

### PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES PURSUANT TO STATUTE

A. Individuals likely to have discoverable information: see Preliminary Witness List

B. Relevant documents: Plaintiffs are in possession of documents in Case Numbers 3KN-03-005 PR, probate case regarding Casey Porter's death and 3KN-04-1002 CI and 3KN-03-036 CI. It is believed that most of these documents are public record. However, Opposing Attorneys are welcome to review these documents provided they give sufficient notice, (some documents in the file may be protected by privileges such as attorney client privilege, therefore we ask for at least 2 business days notice).

C. There is no computation of damages at this point in time.

Plaintiffs' Rule 26(a)(1) Disclosures Pursuant to Statute    Page 1 of 2
Arthur Porter and Christie Porter v. Arthur Osborn and Joseph Whittom
Case No. A05-0142 CV (JWS)

D. There are no insurance agreements which apply to Plaintiffs knowledge.

Date: March 21, 2006                     Respectfully submitted:

*[signature]*
Mark D. Osterman
Alaska Bar No. 0211064
Hatton G. Greer
Alaska Bar No. 0311057
Attorneys for Plaintiffs

Plaintiffs' Rule 26(a)(1) Disclosures Pursuant to Statute               Page 2 of 2
Arthur Porter and Christie Porter v. Arthur Osborn and Joseph Whittom
Case No. A05-0142 CV (JWS)