Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

RECEIVED
MAR 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and<br>CHRISTIE L. PORTER,<br>Plaintiffs,<br><br>vs.<br><br>ARTHUR J. OSBORN and<br>JOSEPH WHITTOM,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. A05-0142 CV (JWS) |

### PROOF OF SERVICE

I certify that on March 21, 2006 I sent by first class mail the **PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES PURSUANT TO STATUTE AND the PRELIMINARY WITNESS LIST** to the Office Of The Attorney General, (David Floerchinger) Anchorage Branch, 1031 W. Fourth Avenue, Suite 200, Anchorage, Alaska, 99501.

Respectfully Submitted,

_Joyce Sullivan_
Joyce Sullivan

SUBSCRIBED AND SWORN TO, before me the undersigned authority, on this 21st day of March, 2006.

Notary Public for the State of Alaska
My commission expires: 8/13/09

