Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ARTHUR J. PORTER and )
 CHRISTIE A. PORTER, )
        Plaintiffs, )
 )
 vs. )
 )
ARTHUR J. OSBORN and JOSEPH )
 WHITTOM, individually; )
 ) Case No. A05-0142 CV (JWS)
        Defendants )
_____)

## RESPONSE OR A REQUIRING STATUS REPORT

Comes now the plaintiffs, through their attorney and state:

A.  NATURE OF CASE

    1.  <u>The lead attorney on the case:</u> Mark Dio's German for plaintiff

    2.  <u>Basis for federal jurisdiction</u>: removal 442 USC 93 claims

    3.  <u>Nature the claim asserted in the complaint any counterclaims:</u>

plaintiffs lost the consortium and association with their son by the wrongful

death caused by the shooting by Jesse Osborne.  Osborne and Wenham were

police officers at the time, more making a unconstitutional stop in seizure of the

of Mr. on Porter without probable cause.

    4.  <u>Name of any party not served:</u> none

    5.  <u>Principal legal issues:</u> losses occasioned by wrongful death.

Principal factual issues: Defendants Osborne and Whittom make the claim that they were justified in the shooting of Mr. Porter.  Legal issues arising out of immunity and issues a legal justification are those viewed by the plaintiff as significant.

      6.  <u>Principal factual issues</u>: only those faxes discovered.


B. DISCOVERY

      1.  <u>Brief description of completed discovery any remaining discovery</u>: the parties of exchange substantial information.  Information provided is being reviewed and is then set out to proposed expert witnesses for review

      2.  <u>Brief description of any pending motions are anticipated motions:</u> none pending for plaintiff, anticipating motions on immunity.

      3.  <u>Brief description of any previously entered rulings are some Stanton issues:</u> none

      4.  <u>Previously filed status reports:</u> none

C.  Trial

      1.  <u>If trial is anticipated how long the trial will take, and whether the jury is requested:</u> A jury is requested in trial is expected to be five days

D.  Settlement:

      1.  <u>Status in the settlement discussions and whether the parties request a settlement conference:</u> Settlement discussions have been inferred in

discussions, but have not been formally offered.  Discussions may lead

to future settlements.

Respectfully submitted:


Mark D. Osterman (0211064)
Attorney for the Porters