RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and CHRISTIE L. PORTER, Plaintiffs, vs. ARTHUR J. OSBORN and JOSEPH WHITTOM, Defendants | Case No. A05-0142 CV (JWS) |

**PROOF OF SERVICE**

I certify that on June 8, 2006 I sent by first class mail the **RESPONSE OR A REQUIRING STATUS REPORT** to the Office of David Floerchinger located at 1031 W. 4th Avenue, Suite 200, Anchorage, Alaska, 99501.

Respectfully Submitted,

_____
Joyce Sullivan

SUBSCRIBED AND SWORN TO, before me the undersigned authority, on this 8th day of June 2006.

_____
Notary Public for the State of Alaska
My commission expires: 3/13/09

[Notary Seal: MARK D. OSTERMAN, NOTARY PUBLIC, STATE OF ALASKA]