Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

RECEIVED

NOV 14 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE FEDERAL DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ARTHUR J. PORTER and )
  CHRISTIE L. PORTER, )
    Plaintiffs, )
     )
     )
vs. )
     )
ARTHUR J. OSBORN and )
  JOSEPH WHITTOM, )  Case No. A05-0142 CV (JWS)
    Defendants )
_____)

### PROOF OF SERVICE

I certify that on November 13, 2006 I sent by first class mail the **PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO DAVID M. GROSSI, PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO RONALD HEUSSER, PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO LAWRENCE MURPHY, M.D. and PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO RONALD SEIGAL** to the Office Of The Attorney General, David Floerchinger, Anchorage Branch, 1031 W. Fourth Avenue, Suite 200, Anchorage, Alaska, 99501.

Respectfully Submitted,

_Jayne Sullivan_
Joyce Sullivan

SUBSCRIBED AND SWORN TO, before me the undersigned authority, on this  13  day of Nov, 2005.

_Melanie Osterman_
Notary Public for the State of Alaska
My commission expires: 4-15-08

