```
 1              MR. FLOERCHINGER:  Okay.

 2         (Off record)

 3         (On record)

 4    A    You want these exhibits back, sir, before we continue?

 5    Q    No.  We'll collect them all before you leave anyway.

 6    A    Yeah.  They're all mixed up.

 7    Q    They're all out of order.  We'll have to put them all

 8         back in order before we give them to the court reporter

 9         or.....

10    A    Okay.

11    Q    .....she'll be upset with us.  You say this vehicle --

12         I hate to use the word vehicle.  People get in and out

13         of vehicles but I drive a car.  This little Mazda car

14         you say rev'ed its engine and began accelerating.  How

15         fast was it going when it struck Trooper Whittom's car?

16    A    No idea.

17    Q    Was it going faster than three miles per hour?

18    A    No idea.  It was going as fast as I believed it could

19         go.

20    Q    Okay.

21    A    But that's speculation.

22    Q    So if I were to tell you that an expert with a degree

23         in engineering believes the vehicle was going less than

24         three miles per hour at the time of the strike, do you

25         have any reason to believe that would be inaccurate?
```

Exhibit ___A___

Page _111_ of _200_

1  A    I -- I don't think that's accurate.  I think he'd have

2          to be going faster than that to move to the Whittom's

3          vehicle the way it moved.

4  Q    If Trooper Whittom were to excessively accelerate his

5          car, would you have heard it?

6  A    I don't know.

7  Q    So you were not paying any attention at all?

8               MR. FLOERCHINGER:  Did you say if Trooper

9  Whittom excessively.....

10              MR. OSTERMAN:  Yes.

11              MR. FLOERCHINGER:  I see.

12  A    I wasn't near Trooper Whittom's vehicle.  I was paying

13          attention to what I was paying attention to.  I have no

14          idea.

15  Q    Did you see Trooper Whittom ram this Mazda?

16  A    No, sir.

17  Q    Do you believe that he did?

18  A    No, sir.

19                   **(Exhibit 53 proffered)**

20  Q    I hate to take a moment to reshuffle all of these but

21          I'm going to have to for a second.  I'm showing you

22          Exhibit 53.....

23  A    Okay.

24  Q    .....that mark there, what does that look like to you?

25  A    Well, I didn't do the investigation.  I'm not an

Exhibit A

Page 112 of 320

1    accident reconstruction expert.  But it looks to me

2    like Trooper Whittom's vehicle was pushed sideways.

3  Q  I'd ask you to look at the foot of that trooper

4    standing there.

5  A  I don't know if that's a trooper standing there.

6  Q  Or emergency person.  Certainly not the victim and it's

7    not you.

8  A  I don't believe it's a trooper because we wear uniform

9    boots and those are tennis shoes.  So.....

10  Q  Okay.  Probably an EMS personnel?

11  A  Could be.

12  Q  Okay.  Can you tell me why it is that that person is

13    nearly stepping in the track of that Mazda?

14  A  I don't know.  He put his foot there.

15  Q  Yeah.  That track should be underneath the vehicle,

16    shouldn't it?

17  A  I don't know.  I mean looking at one angle of the

18    photograph I can't even see for sure if his foot is in

19    it.  I don't understand why it should be.  Can you

20    clarify?

21  Q  Well, you pointed out that Trooper Whittom's vehicle

22    moved sideways

23  A  It looks like it did, yeah.

24  Q  And if that track mark is where that person is standing

25    then that Mazda has moved sideways, hasn't it?

Exhibit  A

Page 113 of 220

114

1  A    I don't know.  I can't see it clear enough and I
2       haven't done the investigation on the impact.
3  Q    I'm showing you 52.
4  A    Okay.
5  Q    Do you know what that is?
6  A    It's a patrol car.
7                              **(Exhibit 48 proffered)**
8  Q    If I were to tell you that is Trooper Whittom's patrol
9       car at the scene, then I'll show you Exhibit 48.
10 A    Okay.
11 Q    Okay.  Looking underneath the vehicle by the back tire
12      can you describe for me why those shining marks are
13      there exhibiting high acceleration backwards?
14 A    I'd certainly say they're not -- based on my training
15      and experience that picture does not represent a
16      reverse acceleration at all.
17 Q    Okay.  That's a rear wheel drive vehicle, isn't it?
18 A    I don't know.  They are, aren't they?  Yes.
19 Q    I'll show you that one showing you that foot mark
20      standing in that tire track.
21 A    The same picture as before?
22 Q    Yes.  I think it's a different angle though.
23 A    I think it's smaller.
24 Q    Okay.
25 A    Same picture.  It might be a different angle.  I think

Exhibit _A_
Page 114 of 220

1       you're correct.  I see the emblem in there.

2   Q   Okay.

3   A   And.....

4   Q   Can you describe that for me?

5   A   Describe the photograph?

6   Q   You can't tell me why it is that he's standing in that

7       tire track of that vehicle because those wheel marks

8       should be underneath the car, right?

9   A   I -- I can't even see -- his foot might be underneath

10      the edge of the car.  I don't know.

11  Q   Okay.

12  A   I -- I can't see from that angle.  I didn't do the -- I

13      didn't mark any of this.  I don't -- I didn't do the

14      investigation.

15  Q   Okay.  You -- at the time of this incident there was a

16      disagreement between you and Trooper Whittom to some

17      degree about the necessity for the shooting?

18  A   No, I never had a disagreement with Trooper Whittom.

19      We never spoke of the incident.

20  Q   The two of you have never talked about this?

21  A   I've spoke with him about it briefly since then but I

22      never had a disagreement with Trooper Whittom.

23  Q   Okay.  At the time of that particular incident did you

24      know that he did not believe immediately following the

25      incident that there should have been a shooting?

Exhibit _A_

Page _115_ of _220_

```
 1  A     I heard that based on his understanding of the
 2        situation at the time, but I don't recall any details
 3        of that.  And my committee thinks it was just rumored
 4        to me because I didn't hear it straight from Trooper
 5        Whittom.
 6  Q     Any officers talk to you about this shooting that were
 7        part of the investigative team?
 8  A     Yeah.  Those who interviewed me.
 9  Q     Okay.  Anyone else who did not interview you like Lt.
10        Bowman or -- sorry, Captain Bowman or any of the
11        lieutenants at the post?
12  A     No, we didn't go over the details of the scene?
13  Q     Did you talk about it?
14  A     Yeah.  He asked how I was doing and I think we had some
15        lunch the next day.
16  Q     Was this discussed at lunch?
17  A     I don't recall that the details of the incident were
18        discussed at -- at lunch.  That's not my recollection.
19  Q     You had lunch with a superior?
20  A     Um-hum.
21  Q     You had lunch with a superior following the shooting?
22  A     Yes, sir.
23  Q     You had lunch with a superior following a shooting
24        where a citizen died?
25  A     Yes, sir.
```

Exhibit _A_

Page _116_ of _290_

1  Q    And at that lunch you did not recall -- you do not

2       recall what you discussed?

3  A    No.  He was just seeing how I was doing and making sure

4       I was okay.  He knew that his investigative team had

5       taken care of what needed to be taken care of.  I think

6       he was just, you know.....

7  Q    Sure.

8  A    .....seeing how I was doing.

9  Q    You don't remember whether or not there was a

10      conversation about the shooting?

11 A    No, I don't think so.  I don't think there was.  I

12      think he knew that, you know, enough -- enough

13      interviews had been done and.....

14 Q    Okay.  You had not yet fully interviewed with all the

15      investigative officers of the investigative team at the

16      time you had this lunch?

17 A    Oh, I think I had.

18 Q    Okay.

19 A    Because they called in the next morning for that

20      interview.

21 Q    How many times have you had lunch with Captain Bowman?

22 A    Just the once.

23 Q    After the shooting?

24 A    Um-hum.  (Affirmative)

25 Q    Did you have any discussions with any of the sergeants

Exhibit A
Page 117 of 220

118

1        to whom you were tasked or detailed?

2  A    No.

3  Q    Did you have any conversations with any of your

4        training officers at the academy?

5  A    No.

6  Q    So you basically had no discussions at all about this

7        shooting with other officers at E Troop?

8  A    No, we haven't talked about it.

9  Q    I want to go through these for a moment.

10  A    Okay.

11                                **(Exhibit 33 proffered)**

12  Q    I'm going to ask if you would look through these and do

13        you recall ever seeing the front of the vehicle?  The

14        front of the car?

15  A    Yeah.  When I -- when I tried to get him to stop

16        initially.

17  Q    Okay.

18            COURT REPORTER:  What exhibit number is that?

19  A    Oh, this is Exhibit Number 33, ma'am.

20  Q    And that fairly and accurately depicts the front end

21        that you saw?

22  A    I -- I never looked at it this close.  This is a --

23        this is like a zoomed up view of the headlight and the

24        left front bumper I think.

25  Q    Okay.

Exhibit A
Page 118 of 220

119

| | | |
|---|---|---|
| 1 | A | But, you know..... |
| 2 | Q | I'll show you 28. |
| 3 | A | Okay. |
| 4 | Q | Do you recognize that photograph? |
| 5 | A | I don't recognize the photograph itself. |
| 6 | Q | Do you recognize the scene? |
| 7 | A | Yes. |
| 8 | Q | Does it fairly and accurately depict it? |
| 9 | A | Yeah.  It -- it looks like it depicts the final resting |
| 10 | | place of the vehicles, and a trooper, I don't know who |
| 11 | | it is, standing in the middle. |
| 12 | Q | Okay.  And you've got a magazine laying on the ground? |
| 13 | A | There is a magazine laying on the ground. |
| 14 | Q | And that's where you speed loaded? |
| 15 | A | I don't know. |
| 16 | Q | When you speed loaded you dropped the magazine? |
| 17 | A | Yes, sir. |
| 18 | Q | And you didn't move that magazine? |
| 19 | A | No, I didn't touch the magazine. |
| 20 | Q | And in fact, you and Trooper Whittom went about |
| 21 | | protecting this scene until the team of investigators |
| 22 | | arrived? |
| 23 | A | Yeah.  I wouldn't say there was much to protect.  I |
| 24 | | more just stepped out of the scene.  I -- I didn't..... |
| 25 | Q | But you didn't let anybody else in except EMS to verify |

Exhibit A
Page 19 of 220

1          that the.....

2    A     There was no one to keep out besides the EMS.

3    Q     Okay.  But when EMS came in you made sure they didn't

4          disturb the scene?

5    A     No, I didn't interfere with EMS at all.

6    Q     Let's take a look at this particular photograph also at

7          the same time.

8    A     Which one?  This one here?

9    Q     Yeah, this one right here.

10   A     Okay.

11   Q     Now you can see.....

12                                    **(Exhibit 28 proffered)**

13   A     Exhibit 28.

14   Q     Right.  You're looking at 28.  And you can follow that

15         tread line and it comes to the outside of that back

16         tire.

17   A     I can't follow that tread line.

18   Q     You can't follow that?  You can't see that?

19   A     No.  That's not clear to me.

20   Q     And how good is your vision?

21   A     About 20/20 or 20/30 with my contacts in.

22   Q     Okay.

23   A     Yeah.  That's not a clear track.  That's taken from

24         a.....

25   Q     Okay.

Exhibit ___A___

Page _130_ of _221_

121

1  A      .....poor angle.

2  Q      There's 27.

3  A      Okay.

4  Q      That's a fair depiction again of the scene?

5  A      In day light, correct.

6  Q      Twenty-five?

7  A      Another photograph from the air in day light.

8  Q      You don't remember whether Trooper Whittom backed up

9         his patrol vehicle?

10 A      I didn't pay -- no.  I -- I wasn't watching Trooper

11        Whittom while he was driving his car to that -- to that

12        extent, to that detail.

13 Q      Okay.  Twenty-four.

14 A      Okay.  I'm looking at photograph 24.

15 Q      Okay.  And that's a fair depiction?

16 A      Of the final --.....

17 Q      Fair.....

18 A      .....final resting place of the vehicles.  Yes, sir.

19 Q      Now, when you went to check on Mr. Osborn -- I'm sorry,

20        Mr. Porter after you shot him.....

21 A      Yes, sir.

22 Q      .....you broke out the window of the passenger front

23        door.....

24 A      Um-hum.

25 Q      .....unlocked it and then unlocked the door on the

Exhibit A

Page 121 ~ 220

1      other side and handcuffed him?

2  A    Yes, sir.

3  Q    And you handcuffed him even though you knew he was, or

4      believed him to be dead?

5  A    Yes, sir.

6  Q    Okay.  Is that a procedure?

7  A    Yes, sir.

8  Q    I'm showing you 21.  Fair and accurate depiction?

9  A    From the air in day light.  It's not a very good

10     photograph, however.

11  Q   But does the -- these vehicles haven't moved as to your

12     knowledge in that photographs?

13  A   Best of my knowledge I have no reason to believe they

14     have, sir.

15  Q   Okay.  Now, I asked you about the policy of handcuffing

16     dead people.  Is that something you learned at the

17     academy?

18  A   Yes, sir.

19  Q   And that was something they taught you?

20  A   Yes, sir.

21  Q   Do you remember what week it was they taught you that?

22  A   No, sir.

23  Q   Twenty-three indicates broken glass and the open door

24     and the body of Mr. Porter.

25  A   Okay.  What -- what broken glass -- oh, the broken

Exhibit _A_

Page /22 of 230

123

```
 1        glass.....

 2   Q    Right.

 3   A    .....from the right front door.  Right.

 4   Q    Okay.  And the body of Mr. Porter in the background?

 5   A    Yes, sir.

 6                              (Exhibit 20 proffered)

 7   Q    I'm showing you Exhibit 20.  That's another aerial view

 8        in the day light.  And that's of your canine unit.

 9   A    Okay.

10   Q    Isn't it?

11   A    Appears to be.

12   Q    Okay.  And it's with your door open?

13   A    Yes, sir.

14   Q    Is that how you left your door?

15   A    Best of my recollection I don't remember closing it, if

16        that's your question.

17   Q    When you -- when this incident occurred.....

18   A    Yes, sir.

19   Q    .....you radioed in that there had been a shooting,

20        asked for emergency personnel.....

21   A    Yes, sir.

22   Q    .....and then what did you do next?

23   A    Then I -- it's difficult for me to recall the exact

24        order.

25   Q    Did you ever go back to your car?
```

Exhibit _A_

Page _123_ of _220_

124

1   A   To check on my canine through the passenger side, yes,

2       sir.

3   Q   Okay.  You never got back in the driver's seat?

4   A   No, sir.

5   Q   You never turned on a tape recorder in the driver's

6       seat and began recording notes?

7   A   No, sir.

8   Q   You did stop and record notes?

9   A   I -- are you referring to the tape that Sgt. McDonald

10      requested that I made through an audio synopsis of

11      this?

12  A   You don't recall making notes on an audio -- or

13      mentioning making notes on an audio after this

14      incident?

15  A   I do.  But not in my vehicle.

16  Q   Where were you at then between the time of the call in

17      -- I'm sorry, the verification.  Your dog was okay and

18      the time that EMS arrived, where did you go?

19  A   Sgt. McDonald and I -- okay.  Before Sgt. McDonald

20      arrived?

21  Q   Yes.

22  A   I just stayed -- where's -- let me show you the drawing

23      here.  The drawing we were drawing earlier -- where's

24      -- the incident occurring, I put an X in the

25      approximate area where the incident occurred and I

Exhibit A
Page 124 of 220

125

```
 1        believe I stayed -- after checking on the suspect in
 2        the vehicle, I believe I stayed here.  I'll put, in
 3        this approximate area, an O with an X through it.  I
 4        tried to stay in that approximate area until I was
 5        directed to do otherwise by, you know, command staff.
 6    Q   Where was Trooper Whittom?
 7    A   I don't know.  He's walking about taking photographs.
 8        I didn't go with him.
 9    Q   Okay.  You didn't assist in collecting any
10        evidence.....
11    A   No.
12    Q   .....or try to preserve any evidence?
13    A   No, sir.
14    Q   So you don't know whether Trooper Whittom assisted EMS
15        in getting the victim.....
16    A   No, sir.
17    Q   Okay.  We're going to mark that with a number but we're
18        going to wait until we get to the end of this
19        particular deposition to do that.  Okay?
20    A   Understood.
21    Q   So I'm going to set this over here out of the way.  And
22        hopefully Mr. Floerchinger will remind me.  Now you
23        said that 36 and 37 may not be your pistol and may be
24        Trooper Whittom's pistol?
25    A   Yeah.  I don't know, sir.
```

Exhibit __A__
Page 125 of 220

1  Q      You've seen 30, we've talked about it?

2  A      Yes.

3  Q      Okay.  This is 40 and it shows the location of some of

4         these tags.  Okay?

5  A      Yes, sir.

6  Q      Do you know what the orange marks are?

7  A      No, I don't.

8  Q      Okay.

9                MR. FLOERCHINGER:  Can we go off record for a

10 second?

11         (Off record)

12         (On record)

13 Q      And 40 still is an accurate representation of the

14        position of the cars?

15 A      Yeah.  Aerial view in day light.

16 Q      Um-hum.  And your opinion is nobody's moved them?

17 A      I don't know.

18 Q      Your truck -- we referred back to it for a second here

19        in Number 20.

20 A      My Expedition?

21 Q      Yes.

22 A      Canine Expedition?

23 Q      You turned the lights off?

24 A      I don't know.

25 Q      Turned the key off?

Exhibit ___A___

Page _126_ of _220_

1  A    I -- I have no idea.

2  Q    Anybody know whether it ran out of gas?

3  A    No idea.

4  Q    Batteries went dead?

5  A    No idea.

6  Q    Okay.  Fifty-four, same thing, aerial view of the two

7       patrol cars, different position?

8  A    In day light.

9  Q    Right.  Here's 43 and 42, do you recognize them?

10 A    No.

11 Q    Okay.  If I were to tell you that they're spent rounds

12      that were recovered.  I believe these were the ones

13      that were I think not in the body but I can't be

14      positive.  But would you have any reason to doubt that?

15 A    Well, I don't believe that there was more than one

16      round outside the body so I would doubt it.  I -- I

17      don't.....

18 Q    Right.

19 A    .....know, you know -- but based on the report though,

20      you know, I.....

21 Q    Okay.  I'm showing you.....

22 A    .....don't recognize them.

23 Q    .....44.  If I were to tell you that that's the window

24      jam with a scale on it.....

25 A    Okay.

Exhibit ____A____

Page __127__ of __220__

1  Q    .....and that is the area you think may have been a

2       bullet round?

3  A    That's what I was told.

4  Q    Okay.  Fair enough.  Here's a picture of 47 that shows

5       where that would have been with the last third -- two-

6       thirds of the car, and that would be that spot right

7       there, correct?

8  A    I don't.....

9  Q    I'm pointing my finger to the window jam.....

10 A    .....I don't.....

11 Q    .....in the rear.....

12 A    .....I don't know if it was -- I don't know if it was

13      there or if it was up there.  I can't see from this

14      distance.

15          MR. FLOERCHINGER:  He has a better picture.

16 Q    Yeah, I do.  We'll probably get to it here in a second.

17      I got two that I think are the same, so I apologize to

18      you in that happened.

19 A    That's okay.

20 Q    But 41 and 39 look to be the very same photograph.

21 A    Pretty close.  No, they're a little different, sir.

22      That part of the door trim is cut off on this one and

23      this one the entire door is in.  So maybe two photos

24      same position.

25 Q    Okay.  These are of the Porter car with all the yellow

Exhibit _A_

Page _128_ of _220_

129

```
 1        tags and orange -- orange circles and green circles?
 2   A    Yeah.  I see the suspect vehicle here and the circles
 3        you're describing.
 4   Q    Okay.  Nineteen I believe is front of your vehicle?
 5   A    Yes, sir.
 6   Q    Now, I'm going to show you 18 and I find it to be an
 7        interesting view.
 8   A    Okay.
 9   Q    Even though it's almost completely black it is an
10        interesting photograph.
11   A    Okay.
12   Q    I would like for you to take a moment and focus on that
13        photograph and where the photographer is and see if you
14        can determine where your canine unit is, where
15        Whittom's vehicle and the suspect vehicle is?
16   A    I -- because it's so dark and black, like it was that
17        night, it's going to be hard for me to identify.  All I
18        see are different light bars.  Of course this is
19        obviously a trooper vehicle.....
20   Q    Um-hum.
21   A    .....and it looks like this is some sort of a road sign
22        but I can't see what kind of road sign.
23   Q    There's a stop sign there.
24   A    Yeah.  I -- I wouldn't be able to positively identify
25        any vehicle position here.
```

Exhibit _A_
Page _129_ of _220_

R & R  C O U R T  R E P O R T E R S

810 N STREET              1007 WEST THIRD AVENUE
277-0572/Fax 274-8982     272-7515

130

1  Q     Well, now wait.  If you'll take just a moment with me,

2         if you look, isn't that the patrol vehicle and the

3         Porter vehicle?  Isn't that your canine unit and isn't

4         that McDonald's vehicle where you're supposedly sitting

5         dictating?

6  A     This certainly is not McDonald's vehicle because he

7         responded as EMS personnel in this pickup.

8  Q     Oh, he was with the EMS pickup.

9  A     Yes.

10  Q     Yes.  But.....

11  A     I forget whose car that is.

12  Q     Okay.

13  A     It looks like this is some sort of a car with white

14         headlights.  I can't see from this position if there's

15         a light bar on that vehicle or not.  And then it looks

16         like this is some sort of a patrol vehicle.  Obviously

17         it has the lights illuminated.  And then this vehicle

18         you're describing that could possibly be my

19         vehicle.....

20  Q     No -- okay, you're right.  Go ahead.

21  A     Yeah.  I don't know.  I see a light bar lit up over

22         there but I can't see any more of the vehicle because

23         it's just pitch black.

24  Q     But it.....

25  A     I would hate to say that's my vehicle because that's

Exhibit___A

Page_130_of_200

131

1    total speculation.  I didn't take the photograph.

2  Q  If somebody is sitting at the stop sign at Kenai Keys?

3  A  Is that a stop sign?

4  Q  That is a stop sign, sir, at Kenai Keys.

5  A  Okay.

6  Q  Okay?  And this is the turn out.

7  A  Okay.

8  Q  Would this be a fair representation of the location of

9     these vehicles?

10 A  You know, based on the lighting it -- it's -- there's

11    no way I could be a hundred percent accurate there.

12    But if this is indeed the same location it looks like a

13    generalized view.  But there's no depth here.  It's

14    also dark.  But I can't tell the distances from one

15    vehicle to the next and I wouldn't say for sure.

16 Q  Okay.  That's a picture of the street sign that was

17    taken by one of -- probably by Trooper Whittom.  We'll

18    find out in a little bit.

19 A  Yeah, I don't know.

20                               (Exhibit 17 proffered)

21         COURT REPORTER:  What exhibit number?

22         MR. OSTERMAN:  Exhibit 17.

23 Q  But.....

24 A  Yes.  And the one before that, ma'am, was Exhibit 18.

25 Q  Eighteen we were looking at.  Here's 32.  We've already

Exhibit  A
Page 131 - 220

132

1          talked about this one.

2   A      Are we sure that -- I have a quick question in

3          reference to your statement that this is the scene.

4          This photograph apparently of a stop sign with the

5          Kenai Keys road on it, I don't see a cross sign on that

6          stop sign.

7   Q      You -- there's two signs -- two different signs in that

8          particular location.

9   A      Oh, see, I wouldn't -- see, based on that, not knowing

10         which sign stop is which.....

11  Q      I fished a little bit there.  So I kind of have an

12         idea.

13  A      So I wouldn't know -- reference to not knowing where

14         the stop sign is, I certainly wouldn't even take a

15         guess at that photo.

16  Q      Okay.

17             MR. FLOERCHINGER:  And then you're saying you

18  wouldn't take a guess at 18?

19  A      I wouldn't take a guess at 18 on exactly whose car is

20         whose.

21  Q      Okay.  Twenty-two, that fairly depicts the victim, or

22         Mr. Porter in this particular case?

23  A      Yeah, that's the suspect there.

24  Q      Okay.  By the way, the suspect of what?

25  A      Suspect I'm using in reference to the suspect in a

Exhibit  A

Page 132 of 220

133

1          suspicious activity and subsequently the eluding.

2    Q     Okay.  But he never -- he was never arrested for

3          anything.....

4    A     And.....

5    Q     .....correct?

6    A     .....the attempted assault on Trooper Whittom.

7    Q     Okay.

8              MR. FLOERCHINGER:  Counsel, remember we were

9    talking about another photograph and you were discussing the

10   mark where a shell hit the car?

11             MR. OSTERMAN:  Yeah.

12             MR. FLOERCHINGER:  Is this the photograph we

13   were talking about?

14             MR. OSTERMAN:  I think so, yes.

15             MR. FLOERCHINGER:  I'm not sure.....

16             MR. OSTERMAN:  Yes, I think it is.  That's the

17   mark right there that I was talking about.

18   A     Oh, I don't know if it's this one or that one.  I

19         didn't -- I didn't recover those rounds.  I don't know.

20   Q     Okay.  I'm only going by what I see.  So.....

21   A     Yeah. Me too.

22   Q     I see a very big dent there.  That usually happens with

23         force.

24   A     That'd be speculation.  There's other damage on the car

25         as well.  So.....

Exhibit _A_
Page 133 of 220

134

1  Q    Okay.  I'm showing you 31.

2  A    Okay.

3  Q    When you speed loaded did you remove the current round

4       under the slide?

5  A    I believe I did.

6  Q    Okay.  And that round is in that photograph, isn't it?

7  A    I don't know if that's that round, but there is a live

8       round next to the magazine in this photograph.

9  Q    Okay.  Twenty-nine.

10  A    Okay.  Okay.

11  Q    Fairly accurate depicts your canine unit?

12  A    Yes, sir.

13  Q    And you see these circles of red and numbers?

14  A    Yes, sir.

15  Q    Okay.  You don't know whether these correspond with any

16       foot prints of yours?

17  A    No clue.

18  Q    Okay.  You did go to the passenger side door of your

19       canine unit?

20  A    Yeah, I checked on Shusta (ph).  He was doing fine.

21                            **(Exhibit 50 proffered)**

22  Q    Okay.  Exhibit 50, another aerial view of the suspect.

23  A    In day light, correct.

24  Q    Okay.  Thirty-eight is a picture of the cane.  You

25       don't know whether that was his cane or not?

Exhibit ___A___
Page _134_ of _220_

135

1   A    Yeah, I don't know.  I -- I didn't see it during the

2        conflict.

3   Q    Did you ever get a chance to inspect Whittom's vehicle?

4   A    No, sir.

5   Q    I'm going to go ahead and indicate 34 and 35.....

6   A    Okay.

7   Q    .....okay?

8   A    Okay.  Okay.  I'm looking at 34 and 35.

9   Q    And there's -- you don't know what they are?

10  A    It's the front end of a vehicle with push bumpers on

11       it.  I'm assuming it's a patrol car.

12  Q    And the 34 looks like a Crown Vic?

13  A    Yeah.  It's obviously a Ford model.

14  Q    Okay.  Forty-five, we've already talked about the

15       photograph.....

16  A    I don't think I've looked at this one.  Not dissimilar,

17       but I haven't look at this particular photograph today.

18  Q    Okay.

19  A    Okay.  I'm looking at 45.

20  Q    And it appears that the Mazda is here and the Crown Vic

21       is here?

22  A    It -- on the right-hand side of the photograph.....

23  Q    Right.

24  A    .....looks like a car, you know, not dissimilar from

25       the Mazda.  I'm assuming that it is because it's -- you

Exhibit ___A___

Page _135_ of _220_

136

1           know, you presented it as an exhibit.  And on the left-

2           hand side looks like a patrol car.  We've got part of a

3           1-800 number here, so that tells me it's a patrol car.

4    Q     Okay.  And you can see the travel marks of the tires?

5    A     Very lightly.

6    Q     Okay.  And you can see the travel mark of that

7           particular tire?

8    A     I don't know if that travel mark is from that

9           particular tire.  It looks like there could be some

10          sort of track in front of it.  I can't tell for sure.

11   Q     Forty-nine?

12   A     Okay.

13   Q     Is that an aerial view of the two cars?

14   A     In day light.

15   Q     And 26 is a little bit of a better one, I think.

16          Probably taken with -- when the day got a little older.

17   A     Yeah, yeah.  Another aerial view in day light.

18   Q     Okay.  With regard to the Dane Gilmore, you made a

19          statement with Dane Gilmore?

20   A     Yes, sir.

21   Q     I have a couple of other questions I wanted to ask you

22          about your statement with Investigator Gilmore.

23   A     Okay.  Here in a minute.  Can I use the rest room real

24          quick?  I've drank a whole bunch of water this morning.

25   Q     Sure.

Exhibit  A

Page 132 of 220

137

1  A    We can -- you know, a couple questions is fine,
2       but.....
3             MR. FLOERCHINGER:  Well, we can take a break.
4       (Off record)
5       (On record)
6  Q    Now, you don't remember Trooper Whittom moving his car
7       in any way?
8  A    No, sir.  I wasn't watching that close.  I remember
9       when he was driving into the scene.  That's about it.
10 Q    Okay.  You don't remember telling Investigator Gilmore
11      that -- and page three, Exhibit 2, and it'll be five
12      lines from the bottom.
13 A    Okay.
14 Q    Okay?  I'll give you.....
15 A    Okay.
16 Q    .....the best copy.
17 A    Thanks.
18 Q    And if you go up to um.....
19 A    There's a lot of ums.
20 Q    Yeah.  We'll do the um word, yeah.
21 A    Okay.
22 Q    Okay?  Go ahead and read that to yourself.....
23 A    Page two?
24 Q    .....Exhibit 2, page three, five lines from the bottom.
25 A    Yes.  I -- I recall saying that, sir.

Exhibit __A__
Page _137_ of _200_

138

1   Q    Okay.

2   A    That's accurate.

3   Q    And so Trooper Whittom is moving his vehicle to try to

4        block this other guy is what you're telling Trooper

5        Gilmore?

6   A    It appears that way, sir.

7   Q    In fact, you say he's going tit for tat?

8   A    Um-hum.

9   Q    So he's moving his car up and he's moving his car back

10       in an effort to blockade this guy in?

11  A    That's what I recall.

12  Q    Okay.  And you felt that he was unsuccessful when you

13       pulled the trigger and killed Mr. Porter?

14  A    Oh, no, sir.  That's way out of context.

15  Q    Well, hold on a second now.  We talked about this

16       Exhibit 1 and in Exhibit 1 we've talked about the time

17       that all of this is going on, right?

18  A    Yeah.  We talked about time.

19  Q    Okay.  And in Exhibit 1 we know that within three

20       minutes of you turning on that tape recorder the gun is

21       being fired?

22  A    It -- that's speculation.  Once again we haven't timed

23       anything.  I would -- I'm not going to marry down to

24       any seconds or minutes here.

25  Q    So you think it was more than three minutes?

Exhibit _A_

Page _138_ of _220_

139

1  A    I don't -- I don't think anything about the time.  When

2       -- whatever the time was.....

3  Q    You were there, sir.  Do you think it was more than

4       four minutes?

5  A    Once again, sir, I can't answer the question because I

6       haven't timed the tape myself.

7  Q    Was it as much as five minutes?

8            MR. FLOERCHINGER:  Object, foundation.

9  A    That -- any time frame based on what I recall from the

10      incident would be absolute pure speculation.  I

11      wouldn't know how long it took.

12 Q    So.....

13 A    Here -- here you are, sir.

14 Q    .....we agreed that by the time that you turned on your

15      tape recorder you had approximately one minute?

16 A    That's a wild guestimation to my best ability.  I'm

17      trying -- and I'm not trying to be difficult.  I just

18      -- it feel -- it feels like you're trying to pin me

19      down on a time and I wasn't watching my watch.  I

20      wasn't timing this.

21 Q    I'm asking you for the best estimate you've got on

22      time.....

23 A    Um-hum.

24 Q    .....because you were the one there.

25 A    Okay.

Exhibit ___A___

Page _139_ of _220_

140

```
 1   Q    And it's my understanding that this entire incident
 2        happened in substantially less than five minutes?
 3   A    If you say so.  I have no reason to disbelieve you.
 4   Q    Okay.  And let's face it.  Between the time you -- you
 5        hit him with pepper spray and the time that you fired
 6        your pistol was a matter of merely seconds, wasn't it?
 7   A    It was certainly under a minute, yeah.  It was.....
 8   Q    Okay.  Well, in fact to say it was under 10 seconds
 9        might be an exaggeration?
10   A    I don't know.
11   Q    Okay.  So if Trooper Whittom is, as you say here, that
12        Trooper Whittom attempted to get him to stop by going
13        tit for tat with him whichever way he would steer, he
14        was kind of trying to steer around Trooper Whittom
15        while I was giving him commands and coming up.  Now
16        what did you mean by coming up?
17   A    I don't know.  Coming up along side him, walking next
18        to him, I guess.
19   Q    Okay.  Trooper Whittom's trying to get him to stop and
20        they finally, you know, came to a halt and Whittom had
21        stopped.  Now I don't know if he turned his wheels or
22        what but out of my peripheral vision I saw Trooper
23        Whittom and he was behind the open door of his patrol
24        car.
25   A    Yes, sir.
```

Exhibit A

Page 140 of 220

141

1  Q   So you're seeing Trooper Whittom out of the peripheral

2      vision of your eye sight?

3  A   Peripheral vision of my eye sight when I'm looking at

4      the suspect, sir.

5  Q   The suspect is now stopped?

6  A   Yes, sir.

7  Q   Now, you said I knew Trooper Whittom was directly in

8      the vehicle's path of travel.

9  A   Yes, sir.

10 Q   Have you looked at the reports depicting the line of

11     travel of this vehicle?

12 A   No, sir.  That didn't mean anything to me.  At the time

13     there was no such report.

14 Q   If I were to tell you that the vehicle made a hard left

15     turn in the last 15 feet of its travel.....

16 A   What vehicle?

17 Q   .....when you fired that vehicle -- when you fired your

18     gun?

19 A   No, that's absolutely inaccurate.

20 Q   It is?

21 A   It's inaccurate.

22 Q   That vehicle never made a turn like that to the left?

23 A   He -- he was turning left when he pulled around my

24     vehicle but not during the incident.

25 Q   He pulled -- he pulled to the left to get around your

Exhibit ___A___

Page _141_ of _220_

142

```
 1          vehicle?
 2   A      If you want to look at it from an aerial view and you
 3          put my car here, I'm putting my right hand down on the
 4          table, and I'm putting my left hand in front of my
 5          right hand depicting the suspect's vehicle, that
 6          vehicle turned around my vehicle, driver's side to the
 7          right.....
 8   Q      To the right to get around you?
 9   A      .....driver's side to driver's side, then it made that
10          slow left-hand curve towards Trooper Whittom.  But
11          that's the only left-hand turn ever I observed and it
12          was very gradual.
13   Q      So if we look here and that's your brass where you
14          fired.....
15   A      If those X marks are my brass.
16   Q      Okay.  See that orange mark right there?
17   A      I see it.
18   Q      Okay.  That's the line of travel of the rear wheel of
19          this Mazda?
20   A      That's speculation.  I wouldn't say that it is.
21   Q      You wouldn't say that?
22   A      No, sir.
23   Q      I didn't put those orange marks there.
24   A      I didn't either.  I don't know what they are.
25   Q      Okay.  So if those orange marks were put there by your
```

Exhibit _____A_____
Page _142_ of _220_

143

```
 1        investigative team of state troopers to depict the
 2        travel of this vehicle.....
 3    A   If they were.  I don't know what they depict.
 4    Q   .....then this car, according to those orange marks, is
 5        not going in a straight line, is it?
 6    A   I don't know what the orange marks mean, sir.
 7    Q   And you only had, you said, approximately the length of
 8        -- one car length to determine whether or not you were
 9        going to shoot because that's the length of travel
10        between Mr. Porter's car and Trooper Whittom?
11    A   Yes, sir.
12    Q   Basically the length of his front bumper to his back
13        bumper you decided to pull the trigger?
14    A   I don't know if that's the measurement.
15    Q   And after Trooper Whittom was going tit for tat?
16    A   No, sir.  That's an different circumstance.  The stop
17        had taken place between that tit for tat movement.
18    Q   The stop had taken place -- if we were to look at
19        Exhibit Number 1, I'd like for you to tell me where
20        that stop occurred?
21    A   I don't know, sir, because this is nothing but an audio
22        and the stop was visually recorded, not audio.  And
23        that's just -- that's just what I saw.
24    Q   Okay.
25    A   This is only a representation of sounds.  It has -- you
```

Exhibit    A
Page  143  of  220

144

1         know, the other --.....

2    Q    So if you saw.....

3    A    .....the other four senses are not involved here.

4    Q    If you saw something and said something, you would have

5         a recollection of either of those two events together?

6    A    I don't know exactly.  I wouldn't pin it down to a

7         certain line.

8    Q    Okay.

9    A    Would you like me to try to find in here where I think

10        the car stopped?

11   Q    I would.

12   A    Okay.  It looks like he might already be stopped at the

13        very beginning, but I'm speculating.  Because I'm

14        asking him to get out of the car.  That's what I'm

15        basing my speculation on.

16   Q    When you pepper sprayed him you said he was stopped?

17   A    When I pepper sprayed him he was stopped.  Yes, sir.

18   Q    Okay.  So we know he was stopped at the time you pepper

19        sprayed him and we know that when you pulled the

20        trigger he was moving again?

21   A    Yes, sir.

22   Q    So we have the period of time of a few seconds and

23        you're yelling at him to get out of the car?

24   A    I -- I don't know how many seconds, sir.

25   Q    And you don't know how long it took you to activate

145

1       your recorder?

2  A    No, sir.  It was, you know, right when I started saying

3       get out of the car.

4  Q    And Trooper Whittom is moving tit for tat with him as

5       he moves?

6  A    Before he stops, correct.  That's what I -- that's what

7       I remember.

8  Q    And when he stops -- now it's my understanding there's

9       approximately 70 to 80 feet between your location of

10      your vehicle and this particular scene.  Is that a fair

11      statement?

12 A    I don't know.  I thought it was further than that.  I

13      -- I don't know.

14 Q    You thought it was further than that?

15 A    Um-hum.  ( Affirmative)

16 Q    So when this tit for tat thing is going on, it's going

17      on for a while then?

18 A    I -- I wouldn't call it a while.  Once again it's hard

19      to -- it's hard to recall and depict exact moments in

20      time in situations like this.  There was a lot of

21      information.

22 Q    Were you walking to keep up with the vehicle?

23 A    I think it was more of a fast walk, like a trot.

24 Q    Okay.

25 A    It wasn't a run.

Exhibit __A__
Page 145 of 220

146

1    Q    So it wasn't three miles an hour?

2    A    I don't know.  I don't know how fast I even walked.

3    Q    Okay.

4    A    I never recorded how fast I walked.

5    Q    But it certainly wasn't the run you do for a PE test?

6    A    No, sir.  It was substantially slower than that prior

7         to him stopping initially.

8    Q    You don't recall telling Investigator Gilmore I stepped

9         back from the investigation and waited for Super Risers

10        and everyone to show up.  I did a short dictation of my

11        recollection of the incident on the end of my scene

12        tape.  I turned that tape off.  At no time did I review

13        it or remove it from my player, or rewind or otherwise

14        touch it?

15   A    No, I didn't -- I said that.

16   Q    So you did in fact record your recollections of the

17        event before McDonald arrived?

18   A    Yes.  At which time I did a separate tape.

19   Q    Okay.

20   A    So I guess I did it twice.

21   Q    So my question is, as I'm looking at that tape.....

22   A    I don't have it.

23   Q    .....Exhibit Number 1.....

24   A    Is it in here?

25   Q    Well, it's your tape recorder.

Exhibit _A_

Page _146_ of _220_

147

```
 1   A      This?

 2   Q      Okay?  As I look at the end of Number 1.....

 3   A      Um-hum.

 4   Q      .....where is your recollection recorded here?

 5   A      It's not on here.  Maybe it's on another one.

 6   Q      Okay.  It'd all be on the same tape, you said?

 7   A      I -- I think so.  That's the best of my recollection.

 8   Q      Okay.

 9   A      No, wait.  Let me read this real quick, please.  Oh,

10          yeah, here it is right here, sir.  Right below radio

11          traffic in background?

12   Q      Um-hum.

13   A      And if you read that paragraph it's -- I was dictating

14          while I was doing the scene.  I said this covered him,

15          he's still moving.  I think that's just a reaction,

16          however, etcetera, etcetera.  And then a little bit

17          later down I say okay, period, time is 0216, and then I

18          start reciting suspect isn't wearing any pants, no

19          vehicles have been moved since the point of impact when

20          Trooper Whittom's vehicle was struck. Trooper Whittom

21          was on the other side of this vehicle, etcetera,

22          etcetera, etcetera.  So I was kind of doing it while I

23          was doing the investigation.  I guess it's kind of

24          buried in that.  But then I did do a separate tape

25          later on.
```

Exhibit A
Page 147 of 220

148

1  Q     Okay.  And your -- so we've got you have no dispute

2         with the statements that you made to Trooper -- I'm

3         sorry, Investigator Gilmore?

4  A     No, sir.  That was my best recollection at the time.

5  Q     You had a later discussion on the 5th at 2:00 o'clock

6         in the afternoon with Investigators McPherren and

7         Hanson?

8  A     Sounds about right.

9  Q     And that was -- you said you believed that that

10        occurred before you had lunch?

11  A    Yes.

12  Q    That was at 2:00 o'clock in the afternoon?

13  A    That sounds about right.

14  Q    And in that particular statement were you the OIC of

15        the night?

16  A    You know, I remember seeing that in the report but I

17        know I never got paid for OIC.  So I don't think I

18        officially ever was.

19  Q    Kind of got drafted into it?

20  A    Yeah, I -- I guess so.  I think how it usually works is

21        the person that's been on the longest, or that's on

22        shift at that time kind of takes OIC duties.  But I

23        never considered myself OIC.  And like I said, I

24        certainly never got paid for it.  So.....

25  Q    Well, now you decided to go on this call that was

Exhibit A
Page 148 of 220

149

1       actually directed to Trooper Whittom?

2   A   Yes, sir.

3   Q   Is it normal policy for two troopers to attend the same

4       call?

5   A   Whenever possible.  Yes, sir.  That's.....

6   Q   Okay.

7   A   .....officer safety.

8   Q   So why don't we have -- do you know why they don't have

9       two troopers riding in the same car?  Wouldn't that cut

10      down on gases -- gas.....

11  A   I wish.

12  Q   .....and expenses?

13  A   That would be awesome.

14  Q   Okay.

15  A   That would be awesome.

16  Q   You remember telling the two troopers, the

17      investigative team, that when Osborn (sic) was moving

18      he wasn't moving very fast initially, when he moved

19      around your vehicle?

20  A   Yes, I remember something like that.

21  Q   Okay.

22  A   Before he stopped.

23  Q   Now, do you recall when Whittom arrived?

24  A   Not exactly.

25                              **(Exhibit 4 proffered)**

Exhibit A
Page 149 of 220

150

1  Q    I'll show you Exhibit 4, page 14 of the halfway mark.

2  A    Okay.

3  Q    Okay?  Start there.  That one paragraph.  It's a fairly

4       long paragraph.  Let me know when you're done.

5  A    This one right here, sir?

6  Q    Yes.

7  A    You want me to read the whole paragraph?

8  Q    To yourself, yes.

9  A    Okay.  I'm done reading that paragraph, sir.

10 Q    Does that refresh your recollection?

11 A    Not really.  I mean it -- this is almost four years ago

12      and it sounds right.  But the memory is not as fresh as

13      it used to be.

14 Q    Okay.  So you believe you made that statement?

15 A    Yes.

16 Q    And your statement is that you saw Whittom entering the

17      area.  Do you remember when he entered the area in

18      relationship to the events?

19 A    No, sir.

20 Q    Well, don't you talk about the events right there?

21 A    Yeah.  But it doesn't say when in here anywhere.

22 Q    So -- may I?

23 A    Yes, sir.

24 Q    Okay.  So it doesn't say when.  So let's talk about it

25      here for a second.  At this time I recall, out of my

Exhibit __A__
Page __150__ of __200__

151

1   peripheral vision, seeing Trooper Whittom coming up in

2   the same area I pulled in.

3 A  Yeah.

4 Q  Now you say at this time.....

5 A  Yes, sir.

6 Q  .....I stayed -- you stayed right with the vehicle

7   ordering him to stop?

8 A  Yes.

9 Q  So while you're following the vehicle.....

10 A  Yes, sir.

11 Q  .....you see Whittom arrive for the first time?

12 A  Yes, sir.

13 Q  Now you say also that you kept giving orders to him and

14   you remember Trooper Whittom's overheard lights being

15   activated.

16 A  Yes.

17 Q  And you remember the headlights illuminating your area

18   and illuminating his car?

19 A  Yes, sir.

20 Q  Now you say he drove towards Trooper Whittom?

21 A  Yes, sir.

22 Q  Whittom wasn't lining.  What does that mean?

23 A  Let me find that.  Maybe I was stuttering or something.

24 Q  You're about six lines down from the top, that

25   paragraph.

Exhibit A
Page 151 of 220

152

1  A    I'm sorry, I've just been listening to you.  I wasn't

2       actually reading along with you.

3  Q    Okay.

4  A    Look, now I remember he drove towards Trooper Whittom.

5       He wasn't lining.  Yeah, I don't know what that means.

6  Q    Okay.  He's blocking the intersection but he was kind

7       of in the entry way.

8  A    Okay.

9  Q    The individual would turn in one direction and Whittom

10      would turn that way.

11 A    Okay.

12 Q    He would turn back the other way and Whittom would turn

13      back the other way.

14 A    Okay.

15 Q    Now, I've got to tell you that we've -- I've looked at

16      the markers for the tread marks leaving your

17      vehicle.....

18 A    Okay.

19 Q    .....where the vehicle was initially stopped by you to

20      the time it strikes this particular vehicle and you're

21      describing this turning sensation where this vehicle is

22      moving?

23 A    Yeah.  I don't recall any wide turning like sweeping

24      back and forth.  It was more of a gentle meandering,

25      but yeah, that was my perception of it.  Yeah.

Exhibit ___A___
Page 152 of 220

153

1  Q   And you say he's kind of going tit for tat and heading

2       him off at a low speed.  Now the two cars have stopped.

3  A   Um-hum.

4  Q   You're concentrating again on the -- on Mr. Porter.

5  A   Yes, sir.

6  Q   I don't know the exact distance between his car and

7       Whittom's,....

8  A   Uh-hum.

9  Q   .....but it was fair.  Somewhere about a car length,

10      maybe more.

11  A   Okay.

12  Q   He made a full eye contact with me and he saw my

13      service revolver was drawn.  I said stop the car, stop

14      the car.  Now what you're saying to me is that this man

15      without benefit of a back rest in his car you're behind

16      him to the outside of his door post?

17  A   Uh-hum.  (Affirmative)

18  Q   And you're saying that with his window rolled

19      substantially up he's able to physically turn his body

20      and rotate it and look at you and make eye contact with

21      you and you say he sees your service weapon?

22  A   Yes, sir.

23  Q   At this time you say you try to open the door?

24  A   I tried to open the door a whole bunch of times.

25  Q   Okay.

Exhibit ___A___

Page 153 of 220

154

1  A    I -- you know, I don't know when the first time I tried

2       was.

3  Q    So we know that when you turned your tape recorder on

4       the car stopped?

5  A    That's speculation.  I kind of think so.....

6  Q    Well, wait a second here.  There's --.....

7  A    ....though. It lookos like it 'cause I'm saying get out

8       of the car.

9  Q    .....how's that speculation?

10  A    Because I don't remember exactly when I took -- turned

11       it on.

12  Q    You've made these statements?

13  A    Yes, sir.

14  Q    You've made the statements that suddenly Whittom's car

15       comes to a stop -- and his car comes to a stop.....

16  A    Uh-hum.

17  Q    .....he looks back and looks at your service

18       weapon.....

19  A    Uh-hum.

20  Q    ......okay, and he makes eye contact with you?

21  A    Uh-hum.

22  Q    And you try to open his door?

23  A    Yes, sir.

24  Q    And we know based upon Exhibit 1.....

25  A    Uh-hum.

Exhibit A
Page 151 of 200

155

1  Q    .....that Whittom is in this conversation....

2  A    I wouldn't.....

3  Q    .....so we know that Trooper Whittom has arrived?

4  A    I wouldn't say he's in that conversation at that point.

5       We.....

6  Q    Well, what does JW stand for right there, sir, do you

7       know?

8  A    That stands for Joe Whittom I believe.

9  Q    And do you think he spoke on your tape?

10 A    Yes, sir.

11 Q    And he spoke on your tape one, two, three, four.....

12 A    Yes, sir.

13 Q    .....five, six times?

14 A    Yes, I understand he's there.

15 Q    And he spoke those six times before you pepper sprayed

16      Mr. Porter?

17 A    It looks accurate.

18 Q    Okay.  So now we know that he has -- that Trooper

19      Whittom is there.

20 A    Uh-hum.

21 Q    You ask him for the taser, okay?

22 A    Right.

23 Q    He makes a call into the dispatcher.....

24 A    Sure.  Sure.

25 Q    .....saying we've got hte guy stopped?

Exhibit A

Page 155 of 220

156

1   A    Right.

2   Q    So Trooper Whittom tells us the stopping has occurred

3        and you have identified that we are less than two

4        minutes in this portion of the transcript?

5   A    I'm -- I'm guessing.

6   Q    Okay.

7   A    Again, the time thing, you know, we've kind of been

8        over that.  I'm guessing.

9   Q    Okay.  And you're telling him to get out of the car,

10       get out of hte car.  Is there anywhere in here where

11       you tell him to stop?

12  A    No, that was before this.

13  Q    Okay.  You don't tell him to stop here when you pull

14       the trigger, do you?

15  A    No, didn't have time.

16  Q    You -- isn't it true that you told this team of

17       investigators that you sprayed Mr. Porter on the side

18       of hte head with your pepper spray?

19  A    Yes, because he blocked it, that's where -- that's

20       where it got him and in the car.

21  Q    And you said go to page 15 of Exhibit 4.

22  A    Okay.  That's the next page, I'm on it.

23  Q    Right.  Go to.....

24  A    Oh, wait, I'm sorry.  That's -- yes, that's -- I'm on

25       it.

Exhibit _A_
Page _156_ of _220_

157

1  Q    Okay.

2  A    Go ahead.

3  Q    So if you'll look right here where my.....

4  A    Okay.

5  Q    .....thumb is it says JO.....

6  A    Uh-hum.

7  Q    DH says okay and then JO says pulled that from my belt,

8       okay.  Now if you'll go to the next to the last line

9       there you.....

10 A    Uh-hum.

11 Q    .....said I sprayed, I believe, the rest of hte can of

12      the spray into the vehicle and onto the side of his

13      face.  Did you ever say anything to this team of

14      investigators taht he blocked your pepper spray?

15 A    No, I don't think I did.

16 Q    But that's something you remember now that you didn't

17      remember the day after this event?

18 A    Yeah, and also because looking at the photographs I can

19      see there was nothing on his face, but I remember

20      looking at his face clearly and when his face was lit

21      up in Trooper Whittom's headlights and I knew that

22      there was no pepper spray on his face or in his eyes.

23      It's hard to recall all the details in trying (ph).....

24 Q    Now what's a Harry's technique?

25 A    Harry's technique is a one handed technique where if

Exhibit A

Page 157 of 220

1          you will I'll represent with my hand, point in a safe

2          direction as always, that if my finger was a pistol you

3          would hold your flashlight.....

4  Q    Oh, I understand.....

5  A    .....on the other side and then you would support by

6          the back of your hand....

7  Q    That's the one that -- .....

8  A    .....so you could gain -- you know, maintain control of

9          the.....

10  Q    .....that's the one that all the bad guys shoot at the

11         light and kill you because it's in the center of your

12         mass instead of the flashlight being up here and your

13         pistol being down here, I understand that one.  Yeah.

14  A    Which -- which is actually why you intermittently use

15         your light and hte FBI guys got shot using hte light up

16         here because the suspects learned that hte light was up

17         here so they shot lower to the left so....

18  Q    Yeah, it depends on which hand you use, I guess?

19  A    Yeah.

20  Q    The.....

21  A    It just depends on the suspect.

22  Q    We won't talk about FBI guys, they're terrible.  Okay.

23         So you said -- and we're on page 16.....

24  A    Okay.  I'm going to the next page.

25  Q    .....middle of hte page, dead middle, you said open the

Exhibit___A___

Page___58___of___220___

1    door, open the door, you gave the command over and

2    over, he was down like this.  Can you demonstrate for

3    me what down like this was when you were giving this

4    statement?

5  A    Okay.  Let me -- let me find that place.

6  Q    Dead center.

7  A    Okay.

8  Q    Begins with the sentence happened, the very first line

9    in that line (sic).

10 A    I'm going to read the whole paragraph so I understand

11    exactly where we're at.

12 Q    Okay.

13 A    He was down like this, sir.  And I'll demonstrate by

14    sitting in my chair.

15 Q    Okay.  So in your chair in a sitting position.

16 A    Right.  I'm standing over where my left shoulder would

17    be at a distance.....

18 Q    Right.

19 A    .....and he goes down like this.

20 Q    So he's actually getting in sort of a fetal

21    position.....

22 A    Yeah, 'cause.....

23 Q    .....putting his head down with his hands underneath

24    his head?

25 A    I don't know where his hands are, but.....

Exhibit A
Page 159 of 200

160

1  Q    They're not on the steering wheel are they at the 10
2       and 2 position?
3  A    No, sir, not yet.
4  Q    Okay.
5  A    I -- I couldn't see his hands.  I don't know where they
6       were.
7  Q    So you pepper spray him and he goes down reacting as a
8       person would who had been pepper sprayed?
9  A    Yeah, who was breathing pepper spray or -- yes, sir.
10 Q    Okay.  Now, pepper spray is designed to create
11      confusion?
12 A    No, sir.
13 Q    Pepper spray does cause confusion to people who get
14      sprayed?
15 A    It can, but I've been sprayed and not been confused.
16 Q    Okay.  But a lot of people get angry, frustrated, can't
17      see, don't know how to react?
18 A    I don't know what a lot of people do.
19 Q    Well, you've sprayed a lot of people?
20 A    I haven't sprayed a lot of people.  And I.....
21 Q    Well, you.....
22 A    .....still don't know their feelings even if I did.....
23 Q    Well, they tell you about their feelings later, don't
24      they, in the patrol car on the way to the jail?
25 A    Usually they're thanking me for cleaning their eyes,

Exhibit A
Page 160 of 220

161

```
 1           but I haven't told him -- I have never had any one tell
 2           me if they were confused.
 3    Q      Oaky.  They don't dramatically react to the pepper
 4           spray?
 5    A      Some people don't react at all.
 6    Q      Okay.  Mr. Porter did?
 7    A      I -- that's speculation.  I don't know what he was
 8           doing.....
 9    Q      But you said he went down?
10    A      He did.
11    Q      He went down as a result of the pepper spray?
12    A      He may have gone down as a result of the pepper spray.
13           I don't know what he was doing.
14    Q      Okay.  So you said he's messing with his face and I
15           remember that his hands were on his face and they were
16           lit up and I was sort of comforted because I could see
17           his hands and htat was good?
18    A      Uh-hum.  (Affirmative)
19    Q      Okay.  Had -- Whittom's headlights are shining on the
20           car?
21    A      Uh-hum.  (Affirmative)
22    Q      Now my visual view of this.....
23    A      Uh-hum.
24    Q      .....is that Whittom's vehicle by my calculations and
25           estimation got pushed about two feet sideways, is that
```

Exhibit A
Page 161 of 220

162

1       a fair statement?

2  A   I don't know the exact measurements.

3  Q   But his headlights are never shining on this vehicle

4       immediately prior to it moving the car length to

5       strike?

6  A   Oh, yeah, absolutely.

7  Q   Oh, it was?

8  A   Yeah.

9  Q   His headlights were shining on this car?

10  A   His headlights were lighting up the -- the compartment

11       enough where I could see his face.  I don't know.....

12  Q   You could si- --.....

13  A   ....if it was ambient light or.....

14  Q   .....he was silhoutted against it?

15  A   Absolutely.

16  Q   Okay.  But it wasn't shining directly in the car?

17  A   I don't know.  I mean I -- I wasn't measuring hte

18       headlights there.  I --I.....

19  Q   Well.....

20  A   .....don't know.

21  Q   Well, you said you pulled the trigger and shot Mr.

22       Porter and killed him because he was headed toward

23       Trooper Whittom?

24  A   Because he grabbed the steering wheel with intent and

25       white knuckles, his head snapped up, he was staring

Exhibit _A_
Page 162 of 220

163

| | | |
|---|---|---|
| 1 | | straight forward..... |
| 2 | Q | Okay. |
| 3 | A | .....the engine accelerated rapidly, he spun his tires |
| 4 | | and was driving straight for him. |
| 5 | Q | Okay. And he's driving straight for him and only hits |
| 6 | | that front bumper piece..... |
| 7 | A | Yeah. |
| 8 | Q | .....right, supposably? Now that car only gets moved |
| 9 | | ever so slightly in its position so its headlights were |
| 10 | | never shining in the Porter vehicle, were they? |
| 11 | A | No, that's not true. |
| 12 | Q | Oh, it's not? So tell me -- I want you to take a |
| 13 | | second sheet of paper here and I would like to have you |
| 14 | | draw for me the position of hte Porter vehicle and the |
| 15 | | position of hte Whittom car immediately before the car |
| 16 | | accelerates and..... |
| 17 | A | I understand. |
| 18 | Q | .....collides? |
| 19 | A | I'll do my best. Again, knowing that I was not in a |
| 20 | | bird's eye view position..... |
| 21 | Q | It's not at scale -- it's not to scale either and |
| 22 | | you're not a great artist, but we're going to worry |
| 23 | | about getting information on here that we can all |
| 24 | | understand. |
| 25 | A | I'm going to label a few things. This is a snow bank. |

Exhibit A
Page 13 of 290

164

1    Q    Okay.

2    A    The Sterling Highway will be out here.

3    Q    Was that a tall snow bank?

4    A    I don't recall how tall it was.  It was no- -- nothing

5         that you could drive through.

6    Q    Okay.  Was it something you could walk through or would

7         you walk on top of?

8    A    I don't know.  I never tried.

9    Q    Okay.

10   A    It was an obstacle.  Now, of course, I never saw a

11        bird's eye view of hte vehicles until I saw the report

12        later on, but this is about the best I can do under the

13        circumstances.  Let's see, driver's window.  I put some

14        scribbles there because that's a mistake.  But there's

15        the -- there's the vehicles and I'll put an X about my

16        position.  Unless you want me to get a new piece of

17        paper and do it.....

18   Q    So what.....

19   A    .....again.

20   Q    .....I think you're suggesting is, is that this

21        collison caused Trooper Whittom's vehicle to move

22        nearly 45 degrees?

23   A    Yeah, something like that.  I dno't know exactly.

24   Q    Okay.

25   A    That's specuatlion on the degrees.  I......

Exhibit ___A___
Page _164_ of _220_

165

1  Q    Let's go to page 16 again.

2  A    Okay.

3  Q    You're talking about your Harry's position?

4  A    Yes, sir.

5  Q    Okay.  And you made -- you've got a piece of paper and

6       you drew it?

7  A    Drew -- drew what, sir?

8  Q    You drew the -- if you look at where my finger is on

9       page 16.....

10 A    Okay.

11 Q    .....you made a drawing for these particular officers,

12      do you remember that?

13 A    Yeah, I remember making a drawing.

14 Q    Okay.

15 A    While you're finding that, sir, do you mind if I

16      interrupt?  Are we planning on taking a lunch break

17      today or.....

18 Q    We're going to try to get these depositions done.

19 A    Okay.

20 Q    And I'll tell you that I'm a diabetic and I do not like

21      for a single moment that it may take me a little

22      bit.....

23 A    Okay.

24 Q    .....before I get some food, but I -- I.....

25 A    Okay.

Exhibit __A__

Page _115_ of _220_