DAVID W. MÁRQUEZ
ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and KRISTIE L. PORTER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARTHUR J. OSBORN and JOSEPH WHITTOM, individually. )<br>)<br>Defendants. )<br>) | Case No.: 3:05-cv-00142-JWS<br><br>**AFFIDAVIT OF<br>RONALD B. HEUSSER** |

Ronald B. Heusser being duly sworn, deposes and states,

1.  I am the Owner and Mechanical Engineer for Engineering Accident Analysis; and I have provided forensic accident investigation / reconstruction since 1992 in this capacity.

2  I received my Mechanical Engineering degree from Oregon State University in 1970.



Exhibit C
Page 1 of 2

3. I was a Highway Safety Engineer for the National Transportation Safety Board from 1984 to 1992.

4. I was a Civil Engineer for the U.S.D.A. Forest Service from 1980 to 1984.

5. I have been an instructor in over thirty courses and seminars attended by employees of various government agencies that involved accident investigation and reconstruction from 1986 through 2003.

6. I have over seven and one-half years accident reconstruction experience with the National Transportation Safety Board, involving on-scene investigations, probably cause analysis, report writing and public presentations.

7. My place of business is 30130 20st Place SE; Kent, WA 98042.

8. I have reviewed the attached three photos of the lower right side of the Mazda and the tire marks in the snow (numbers 1, 2, and 3).

9. The photos demonstrate that the Mazda, which is a front wheel drive vehicle, was in gear and spinning its tires for a distance somewhat longer than the wheelbase before impacting the trooper cruiser.

_Ronald B. Heusser_
Ronald B. Heusser

SUBSCRIBED AND SWORN TO before me this 21st day of November, 2006.

NOARY PUBLIC in and for Washington
My Commission Expires: 8-9-07

Affidavit of Ron B. Heusser
Porter v. Osborn, et al.
Case No.: 3:05-cv-00142-JWS
Page 2 of 2

Exhibit C
Page 2 of 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

| | |
|---|---|
| In the Matter of the ) | |
| ) | |
| Estate of ) | |
| ) | |
| CASEY GORDON PORTER, ) | |
| ) | |
| Decedent. ) | |
| _____ ) | Case No. 3KN-03-5 PR |

### ORDER

The Court having considered the petition on behalf of Arthur and Kristie Porter and Danielle L. Gordon to be appointed as personal representative of the Estate of Casey Gordon Porter,

IT IS HEREBY ORDERED that Danielle L. Gordon is qualified to act as personal representative of the Estate of Casey Gordon Porter, deceased, and is reinstated as personal representative, which reinstatement became effective as of September 22, 2003 at the conclusion of the hearing held before Judge Volland.

IT IS FURTHER ORDERED that the "Order Denying Motion For Expedited Consideration Temporarily Suspending The Appointment Of Danielle L. Gordon As Personal Representative; Temporarily Suspending The Letters Of Administration Issued To Danielle L. Gordon; And Providing For An Evidentiary Hearing" signed by Judge Link, dated January 28, 2003, is **hereby rescinded**, and the motions filed on behalf of

ORDER (APPOINTING DANIELLE L. GORDON AS
PERSONAL REPRESENTATIVE)
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 1 OF 2

Exhibit D
Page 1 of 2

Arthur and Kristie Porter to be appointed as co-personal representatives, or to appoint others as personal representatives, are denied.

DATED this 24th day of September, 2003.

_____
Judge Phillip R. Volland
Superior Court Judge

I hereby certify on this ____ day of September, 2003, a true and correct copy of the foregoing was **faxed / mailed / hand delivered** to:

Phillip Paul Weidner
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, AK 99501

Robert M. Cowan
Cowan, Gerry & Aaronson
909 Cook Avenue
Box 1681
Kenai, AK 99611

_____
Linda L. Doiel

ORDER (APPOINTING DANIELLE L. GORDON AS
PERSONAL REPRESENTATIVE)
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 2 OF 2

I CERTIFY THAT ON 9/25/03
COPIES OF THIS FORM WERE SENT
TO _Price, Hafer, Weidner,_
_Cowan_ CLERK

Exhibit __D__
Page __2__ of __2__

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of the )
)
Estate of )
)
)
CASEY GORDON PORTER, )
)
Decedent. )
_____ ) 3KN-03-5 PR

### ORDER GRANTING MOTION FOR CLOSED PROCEEDINGS AND TO SEAL PROBATE FILE

THE COURT having considered the Motion to Close Proceedings and Seal Probate File and any opposition, if any,

IT IS HEREBY ORDERED that the estate file 3KN-03-5 PR, is sealed and that all proceedings and hearings, past and future, are sealed to all individuals and organizations except the Personal Representative Danielle Gordon, Arthur Porter, Kristie Porter, and the individuals listed below:

Bob and Christine Sathers
4736 Sathers Drive
Duluth, Minnesota 55803

Vernon Ray Jones
31 East Faribault Street
Duluth, Minnesota 55803

Phillip P. Weidner
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, Alaska 99501

FEB - 8 2006

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2025
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1667

ORDER GRANTING CLOSURE OF PROCEEDINGS AND SEALING OF PROBATE FILE
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 1 OF 4

Exhibit E
Page 1 of 4

~~Robert M. Cowan~~ Dan Aaronson
Cowan, Gerry & Aaronson
909 Cook Avenue
Box 1681
Kenai, AK 99611

Charles Grediagin
Donna L. Gardepe
Alaska Department of Revenue
Child Support Enforcement Division
550 W. 7th Avenue, Suite 310
Anchorage, Alaska 99501-6699

Central Peninsula General Hospital
250 Hospital Place
Soldotna, AK 99669

Alaska Aquatic Therapy, Inc.
Katherine Gardner
P.O. Box 3313
Soldotna, AK 99667

Joseph Raymond Skrha
150 N. Willow, Suite 2
Kenai, AK 99611

David Floerchinger
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

Michelle Higuchi
Attorney General's Office
Kenai Branch
120 Trading Bay Road, Suite 200
Kenai, AK 99611

Mark D. Osterman
215 Fidalgo, Suite 106
Kenai, AK 99611

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-446
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1467

ORDER GRANTING CLOSURE OF PROCEEDINGS AND SEALING OF PROBATE FILE
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 2 OF 4

Exhibit E
Page 2 of 4

Great Northern Video
P.O. Box 8465
Nikiski, AK 99635

Dr. Michael Merrick
416 Frontage Road, Suite 400
Kenai, AK 99611

DATED this 28th day of Feb, 2006.

_____
SUPERIOR COURT JUDGE
CHARLES T. HUGUELET

CERTIFICATE OF SERVICE

I hereby certify that on this ____
day of February 2006, a true and correct
copy of the foregoing was **faxed** /
**mailed** / hand delivered to:

Bob and Christine Sathers
4736 Sathers Drive
Duluth, Minnesota 55803

Vernon Ray Jones
31 East Faribault Street
Duluth, Minnesota 55803

Phillip P. Weidner
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, Alaska 99501

Robert M. Cowan
Cowan, Gerry & Aaronson
909 Cook Avenue
Box 1681
Kenai, AK 99611

Charles Grediagin
Donna L. Gardepe
Alaska Department of Revenue
Child Support Enforcement Division
550 W. 7th Avenue, Suite 310
Anchorage, Alaska 99501-6699

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

ORDER GRANTING CLOSURE OF PROCEEDINGS AND SEALING OF PROBATE FILE
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 3 OF 4

Exhibit E
Page 3 of 4

Central Peninsula General Hospital
250 Hospital Place
Soldotna, AK 99669

Alaska Aquatic Therapy, Inc.
Katherine Gardner
P.O. Box 3313
Soldotna, AK 99667

Joseph Raymond Skrha
150 N. Willow, Suite 2
Kenai, AK 99611

David Floerchinger
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

Michelle Higuchi
Attorney General's Office
Kenai Branch
120 Trading Bay Road, Suite 200
Kenai, AK 99611

Mark D. Osterman
215 Fidalgo, Suite 106
Kenai, AK 99611

Great Northern Video
P.O. Box 8465
Nikiski, AK 99635

Dr. Michael Merrick
416 Frontage Road, Suite 400
Kenai, AK 99611

_____
Traci Mosholder

CERTIFICATION OF DISTRIBUTION
I certify that a copy of the foregoing was mailed to
the following at their addresses of record:
Azar / Widner / Aaronson / CSED
Date 3/3/06  Clerk ACC

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

ORDER GRANTING CLOSURE OF PROCEEDINGS AND SEALING OF PROBATE FILE
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 4 OF 4

Exhibit E
Page 4 of 4

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KENAI

In the Matter of the )
)
Estate of )
)
   CASEY GORDON PORTER, )
)
      Decedent. )
_____) 3KN-03-5 PR

### ORDER APPROVING FINAL ACCOUNTING, SETTLEMENT & DISTRIBUTION

The Petition of Danielle Gordon, Personal Representative, for final settlement and distribution of the above-named estate having come before the court for hearing, the court makes the following findings:

1. Petitioner is the Personal Representative of decedent's estate.

2. Petitioner has filed or served an inventory and appraisement of all property of the estate known to petitioner.

3. Petitioner has published notice to creditors of the decedent and has filed proof of such publication. The time for presenting claims which arose prior to the death of the decedent has expired. All claims which were presented have been paid, settled, or otherwise disposed of.

4. Petitioner has paid or made provisions for all debts of the decedent and of the estate, all expenses of

ORDER APPROVING PETITION FOR FINAL ACCOUNTING, SETTLEMENT
& DISTRIBUTION
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 1 OF 4

Exhibit F
Page 1 of 4

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 2-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

administration thus far incurred and all taxes that have attached or accrued against the estate.

5. Petitioner has filed a final account, including an accounting of all cash and property transactions since the commencement of administration or the date of the last accounting, and the estate is in a condition to be closed.

6. Petitioner proposes that property remaining after the payment of debts, claims, taxes, costs, and expenses be distributed as follows:

### Final Accounting

Assets:

| | |
|---|---|
| Proceeds from auto accident in Azar Trust Account: | $102,004.33 |

Less:

| | |
|---|---|
| Costs of estate in defending Intervenors Challenge to Personal Representative (See Memorandum & Affidavits of Counsel): | $ 20,000.00 |
| Fee to Personal Rep.: | $ 5,000.00 |
| | $ 77,004.33 |
| Counsels' out of pocket Costs: | |
| Flanigan: | $  6,742.15 |
| Azar: | $ 38,921.85 |
| | $ 45,664.00 |

Balance in estate prior to creditor claims:   $31,340.33

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
801 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

ORDER APPROVING PETITION FOR FINAL ACCOUNTING, SETTLEMENT & DISTRIBUTION
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 2 OF 4

Exhibit F
Page 2 of 4

| Less Creditors: | | Total Claimed | Less Pro-rata Allowance to each[1] |
|---|---|---|---|
| a. | Great N. Video | $ 24.00 | $ 22.77 |
| b. | Alaska Aquatics | $ 725.00 | $ 687.05 |
| c. | CSED | $16,432.00 | $15,571.16 |
|   |   | 514.17 | 487.26 |
| d. | Peninsula Community Services | $ 2,999.40 | $ 2,842.29 |
|   |   | 1,879.74 | 1,781.29 |
| f. | Dr. Merrick | $ 629.00 | $ 596.08 |
| g. | Central Peninsula General Hospital | $ 7,078.10 | $ 6,707.31 |
| h. | Cornerstone | $ 2,791.33 | $ 2,645.09 |
| Creditor's Total: | | $33,073.04 | $31,340.33 |

$-0- Balance in Estate

7. All notice required by law has been given.

IT IS HEREBY ORDERED AND DECREED:

1. The final account is APPROVED.

2. The Personal Representative is directed to make distribution of the property of the above-named estate in accordance with the plan of distribution above.

3. Upon the making of this distribution, the above-named estate shall be closed, the Personal Representative is

---

[1] Pro-rata allowance ($31,340.33/$33,073.04) = 94.761%

ORDER APPROVING PETITION FOR FINAL ACCOUNTING, SETTLMENT & DISTRIBUTION
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 3 OF 4

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 3-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2031
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1447

Exhibit F
Page 3 of 4

discharged, and the appointment of the Personal Representative is terminated.

DATED this **13th** day of **April**, 2006.

_____
SUPERIOR COURT JUDGE

**CERTIFICATION OF DISTRIBUTION**
I certify that a copy of the foregoing was mailed to the following at their address of record

Azar, CSSD, Weidner, Aaronson

Date 4/21/06   Clerk Sm

WILLIAM G. AZAR
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
WILLIAM G. AZAR
SUITE 2-440
800 E. DIMOND BLVD.
ANCHORAGE, ALASKA
99515-2028
TELEPHONE
(907) 344-3434
TELEFAX
(907) 349-1687

ORDER APPROVING PETITION FOR FINAL ACCOUNTING, SETTLEMENT & DISTRIBUTION
In the Matter of the Estate of Casey Gordon Porter; Case No. 3KN-03-5 PR
PAGE 4 OF 4

Exhibit **F**
Page **4** of **4**