CRAIG J. TILLERY
ACTING ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and KRISTIE L. PORTER,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ARTHUR J. OSBORN and JOSEPH WHITTOM, individually,<br><br>                    Defendants. | Case No.: 3:05-cv-00142-TMB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

The parties, by and through their undersigned counsel hereby stipulate to an extension of time for plaintiffs' opposition to the defendants' motion for summary judgment. The plaintiffs shall file an opposition to the motion for summary judgment by January 8, 2007. The defendants' reply, if any, shall be due on January 15, 2007.

DATED this 5th day of December, 2006 at Kenai, Alaska.

                MARK D. OSTERMAN LAW OFFICE, PC
                ATTORNEY FOR PLAINTIFFS

        By:    s/ Mark D. Osterman (consent)
                215 Fidalgo, Suite 106
                Kenai, AK 99611
                Phone: (907) 283-5660
                Fax:   (907) 283-5677
                Alaska Bar No. 0211064

DATED this 5th day of December, 2006 at Anchorage, Alaska.

                CRAIG J. TILLERY
                ACTING ATTORNEY GENERAL

        By:    s/ David D. Floerchinger
                Assistant Attorney General
                Office of the Attorney General
                1031 W. 4th Ave., Ste. 200
                Anchorage, AK 99501
                Phone: (907) 269-5190
                Fax:   (907) 258-0760
                Dave_Floerchinger@law.state.ak.us
                TWC.ECF@law.state.ak.us
                Alaska Bar No. 8511156

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing Stipulation for Extension is being electronically served on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

s/ David D. Floerchinger      12/5/06