CRAIG J. TILLERY
ACTING ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ARTHUR J. PORTER and<br>KRISTIE L. PORTER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARTHUR J. OSBORN and JOSEPH<br>WHITTOM, individually,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 3:05-cv-00142-TMB<br><br><br><br>**PROPOSED ORDER FOR**<br>**EXTENSION OF TIME** |

　　　　The court, having reviewed the stipulation between parties for an extension of time in which to oppose the defendants' motion for summary judgment HEREBY ORDERS THE FOLLOWING:

　　　　1.　　Plaintiffs' opposition to defendants' motion for summary judgment shall be filed no later than January 8, 2007; and

　　　　2.　　Defendants' reply, if any, shall be filed no later than January 15, 2007.

Dated: _____

                                            Timothy M. Burgess
                                            U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing Order for Extension is being electronically served on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

s/ David D. Floerchinger 12/5/06