IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and KRISTIE L. PORTER,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARTHUR J. OSBORN and JOSEPH WHITTOM, individually,<br><br>    Defendants. | Case No.: 3:05-cv-00142-TMB<br><br><br><br>**ORDER FOR EXTENSION OF TIME** |

The court, having reviewed the stipulation between parties for an extension of time in which to oppose the defendants' motion for summary judgment HEREBY ORDERS THE FOLLOWING:

1. Plaintiffs' opposition to defendants' motion for summary judgment shall be filed no later than January 8, 2007; and

2. Defendants' reply, if any, shall be filed no later than January 15, 2007.


Dated:    December 6, 2006              /s/ Timothy M. Burgess
                                        Timothy M. Burgess
                                        U.S. District Court Judge