Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and CHRISTIE A. PORTER,<br>　　Plaintiffs,<br><br>　vs.<br><br>ARTHUR J. OSBORN and JOSEPH WHITTOM, individually<br><br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-0142 CV (JWS)<br>)<br>) |

## UNOPPOSED MOTION TO CONTINUE HEARING DATES

Comes now the Plaintiffs, through their attorney and with this Unopposed Motion asks the Court to grant additional time for the hearing of the Motion for Summary Judgment (Doc 46 & 49) filed on behalf of the Defendants. Counsel for Plaintiffs has been in a four-week trial and additionally has had to undergo a surgical procedure. As a result, he has been unable to complete the Response to the Motion due to the demands of trial, etc.

I have contacted David Floerchinger, defense counsel and he has consented to this Unopposed Motion.

WHEREFORE, Counsel asks the Court to grant Plaintiffs' until February 1, 2007 at which time Plaintiffs shall file their Response to the Motion, and Defendants shall have until February 12, 2007 with which to file any Reply.

Unopposed Motion to Continue Hearing Dates　　　　　　　　　　　　　　Page 1 of 2
Arthur Porter and Christie Porter v. Arthur Osborn and Joseph Whittom
Case No. A05-0142 CV (JWS)

Date:  January 25, 2007

Respectfully submitted:

/s

_____
Mark D. Osterman
Alaska Bar No. 0211064
Attorney for Plaintiffs

Unopposed Motion to Continue Hearing Dates
Arthur Porter and Christie Porter v. Arthur Osborn and Joseph Whittom
Case No. A05-0142 CV (JWS)

Page 2 of 2