Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and CHRISTIE A. PORTER,      Plaintiffs, <br><br> vs. <br><br> ARTHUR J. OSBORN and JOSEPH WHITTOM, individually <br><br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) |

Case No. A05-0142 CV (JWS)

### ORDER OF THE COURT

The Court having reviewed the Unopposed Motion concerning the Defendant's Motion for Summary Judgment (Doc 46) and being advised in the premise;

IT IS ORDERED that the Plaintiffs shall have until the close of business February 1, 2007 to file its Response to the Defendants' Motion for Summary Judgment, and that the Defendants may respond by any reply not later than the close of business February 12, 2007.

Date:

_____
Judge John Singleton
United States Federal District Judge

Order of the Court
<u>Arthur Porter and Christie Porter v. Arthur Osborn and Joseph Whittom</u>
Case No. A05-0142 CV (JWS)

Page 1 of 1