TALIS J. COLBERG
ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and KRISTIE L. PORTER,  Plaintiffs,  v.  ARTHUR J. OSBORN and JOSEPH WHITTOM, individually,  Defendants. | Case No.: 3:05-cv-00142-TMB  **STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

Due to the respective trial schedules of counsel, including a just-completed four-week trial by plaintiffs' counsel followed by surgery, the parties have been unable to complete discovery in this case. Counsel have met and considered their schedules and hereby set forth the following stipulated motion to amend the scheduling order. The parties are aware of the court's requirement for a discovery conference for an extension of more than two months and hereby request such a conference if the court feels it necessary.

The parties recommend the following amendments to the scheduling order.

1. Discovery Plan.

    a. All reports from retained experts have already been exchanged.

    b. All discovery regarding expert witnesses shall be commenced in time to be completed by May 18, 2007.

2. Pretrial Motions.

    a. Motions under the discovery rules must be filed on or before June 15, 2007. Discovery motions will be stricken if the parties fail to comply with Fed. R. Civ. P. 37(a)(2) and D. Ak. L. R. 37.1.

    b. Motions in limine must be filed on or before June 29, 2007.

3. Other Provisions.

    a. The parties do not request a conference with the court before the entry of the amended scheduling order but are available and will be available should the court feel a conference is necessary.

4. Trial.

    a. This matter will be ready for trial anytime after July 23, 2007.

    b. This matter is expected to take 10 days for trial.

WE SO STIPULATE:

DATED this 31st day of January, 2007 at Kenai, Alaska.

        MARK D. OSTERMAN LAW OFFICE, PC
        ATTORNEY FOR PLAINTIFFS

By:   s/ Mark D. Osterman (consent)
        215 Fidalgo, Suite 106
        Kenai, AK 99611
        Phone: (907) 283-5660
        Fax:   (907) 283-5677
        Alaska Bar No. 0211064

DATED this 31st day of January, 2007 at Anchorage, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:   s/ David D. Floerchinger
        Assistant Attorney General
        Office of the Attorney General
        1031 W. 4th Ave., Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5190
        Fax:   (907) 258-0760
        Dave_Floerchinger@law.state.ak.us
        TWC.ECF@law.state.ak.us
        Alaska Bar No. 8511156

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing
Stipulated Motion to Amend Scheduling Order
is being electronically served on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

s/ David D. Floerchinger 1/31/07