```
 1            statement a week later, or any statement.
 2    Q       Have you had a chance to look back through any of this
 3            -- or listen to the tapes or look back through any of
 4            this incident since you've given those statements?
 5    A       Yes, sir.  Not entirely, but somewhat.
 6    Q       Okay.  When was that?
 7    A       I actually looked through it a couple of days ago.
 8            Maybe three.
 9    Q       Okay.  Do you recall what information you reviewed?
10    A       Oh, about the first 50 percent of the report starting
11            at the top.
12    Q       Okay.  Did you review any of the transcripts of the
13            tapes that were made?
14    A       A little bit.
15    Q       Okay.  Can you describe -- I'm going to let you begin
16            with a narrative rather than me picking this thing a
17            part. Because if I go statement by statement we'll be
18            here most of the day.  I don't want to do that.
19    A       I understand.
20    Q       You received a call -- or no, I'll take that back.
21            Trooper Whittom received a call.....
22    A       That's correct.
23    Q       .....for a suspicious vehicle?
24    A       That's correct.
25    Q       And you acted on that?
```

R & R  COURT  REPORTERS

810 N STREET                    1007 WEST THIRD AVENUE
277-0572/Fax 274-8982           272-7515

ANCHORAGE, ALASKA  99501

Exhibit  1
Page  1  of  16

```
 1  A      I followed along to assist.
 2  Q      Okay.  And actually you were ahead of him?
 3  A      Yes, physically.
 4  Q      When you arrived at the scene.....
 5         COURT REPORTER:  Sir, could you speak up,
 6  please?
 7  A      I'm sorry.  Should I move this up or am I just too soft
 8         spoken?
 9         COURT REPORTER:  You're just a little too soft
10  spoken.
11  A      I'm sorry.
12  Q      When you arrived at the scene describe for me what you
13         found?
14  A      Pardon me, sir.  When I arrived at the scene I saw a
15         vehicle.
16  Q      Can you describe the vehicle for me?
17  A      It was a small car and it was backed up against a snowy
18         area or a snow bank in the right-hand side of the Kenai
19         Keys pull out.
20  Q      Can you describe for me please how that vehicle fit the
21         description of the car you were on call for?
22  A      It fit the vehicle pretty well.
23  Q      Well, as a matter of fact, when you first pulled in you
24         couldn't see this vehicle?
25  A      When I gained full view of the Kenai Keys pull out, I
```

Exhibit  1
Page 2 of 16

R & R COURT REPORTERS

810 N STREET                    1007 WEST THIRD AVENUE
277-0572/Fax 274-8982           272-7515

ANCHORAGE, ALASKA  99501

| | | |
|---|---|---|
| 1 | | could. |
| 2 | Q | But when you initially entered the Kenai Keys area you |
| 3 | | could not see this vehicle? |
| 4 | A | Correct.  Because of the snow berm. |
| 5 | Q | Okay.  Which meant that the DOT person who made the |
| 6 | | report to dispatch, could not see this vehicle either? |
| 7 | A | I would be speculating, sir.  He may have had a |
| 8 | | different vantage point and his vehicle is much taller. |
| 9 | Q | To your knowledge he was driving down the Sterling? |
| 10 | A | Correct. |
| 11 | Q | And any person driving down the Sterling could not have |
| 12 | | seen this vehicle behind the snow berm? |
| 13 | A | That'd be speculation, sir.  I couldn't say that. |
| 14 | Q | Okay.  In other words, you had to turn off the -- into |
| 15 | | the Keys area and then make another turn past a line of |
| 16 | | snow to see this vehicle? |
| 17 | A | No, sir. |
| 18 | Q | So can you describe for me, please -- in fact, let's |
| 19 | | ask you to just simply draw it out on a piece of paper. |
| 20 | A | Certainly.  I believe there's some..... |
| 21 | Q | I know there is, sir. |
| 22 | A | .....schematics in there.  Would you like me to re-draw |
| 23 | | it? |
| 24 | Q | I'd like for you to -- to begin with by drawing the |
| 25 | | Sterling Highway leaving enough space for this turn out |

R & R  COURT  REPORTERS

810 N STREET                    1007 WEST THIRD AVENUE
277-0572/Fax 274-8982           272-7515

ANCHORAGE, ALASKA  99501

Exhibit 1
Page 3 of 16

33

1  and its entry way.
2  A   Okay.  I'll do my best, at least to my recollection.
3  Q   Okay.
4  A   Would you like me to label it, sir?
5  Q   I'd like you to label the Sterling Highway.
6  A   Here you are, sir.
7  Q   Okay.  I'd like for you now to draw an X locating --
8      I'm sorry.  Would you describe, and I'm going to put my
9      finger on this area and in fact, let me have that ink
10     pen.....
11 A   Oh, certainly.
12 Q   .....I'm going to shade this using this particular ink
13     pen with right to left slashes starting at the berm and
14     working down the Seward (sic) Highway.  Because I want
15     to ask you about that area that I've just shaded.  Was
16     that area bermed up with snow?
17 A   Some of it, sir.
18 Q   Okay.  What portion of it was not?
19 A   The -- the ditch down here, sir.
20 Q   But otherwise, above the ditch area there was still
21     snow pushed up from the berm -- I'm sorry, from the
22     turn out area?
23 A   That's correct, sir.
24 Q   And that snow was beyond three feet tall?
25 A   I -- I couldn't say for sure, sir.

R & R  COURT  REPORTERS

810 N STREET
277-0572/Fax 274-8982

1007 WEST THIRD AVENUE
272-7515

ANCHORAGE, ALASKA  99501

Exhibit  1
Page  4  of  16

```
 1  Q     You don't know?
 2  A     I -- I don't know.
 3  Q     Okay.  Can you draw me an X where this vehicle was
 4        located at in the turn out area?
 5  A     Certainly.  Of course not to scale and I'm not an
 6        artist.  But I'll give it my best.
 7  Q     Okay.
 8  A     This is based on my recollection.  Of course I didn't
 9        have a bird's eye view such as we're drawing it
10        now.....
11  Q     I understand.
12  A     .....when I came in so this is subject to my perception
13        being far different than hovering above it.
14  Q     Okay.
15  A     I believe the vehicle was in the position not unlike
16        this, and I'll draw a little triangle, the front of
17        that triangle pointing towards the front of the
18        vehicle.
19  Q     The front of the vehicle and be the direction of its
20        travel if it were in forward motion?
21  A     Correct, sir.
22  Q     Okay.
23              MR. FLOERCHINGER:  Counsel, could I make just a
24  suggestion.  Maybe we should, as we do these, draw vehicles in
25  positioning, put A, B, C, whatever on the vehicle so that later
```

R & R  COURT  REPORTERS

810 N STREET                1007 WEST THIRD AVENUE
277-0572/Fax 274-8982       272-7515

ANCHORAGE, ALASKA  99501

Exhibit  1
Page  5  of  16

```
 1  on we've got.....
 2              MR. OSTERMAN:  Not a problem.  I'm just asking
 3  him to draw an X at that particular location.  We're going to
 4  draw a Y next.  But that's fine.....
 5              MR. FLOERCHINGER:  Okay.
 6              MR. OSTERMAN:  .....if he wants to go ahead and
 7  put an A in there.....
 8  A      You're right.  I'm sorry.
 9              MR. OSTERMAN:  .....for purposes of this record
10  we'll say that A is the suspect vehicle.
11              MR. FLOERCHINGER:  Okay.
12  A      I could draw another one with an X.....
13  Q      Make a nice big A for me, please.
14  A      Okay.  I did exactly opposite of what you asked me
15         there.
16  Q      Okay.
17  A      I'm so used to drawing schematics with the little car.
18  Q      That's okay.  That's okay.  Now, the area here, and I'm
19         going to point to that particular area and I'm going to
20         ask -- you can borrow the ink pen again if you.....
21  A      Certainly.
22  Q      .....need to, and I'm going to make swirls in this
23         area.  As I understand it there's a ditch right here.
24         Can you draw me where the ditch would be in that area
25         there?
```

Exhibit 1
Page 6 of 16

R & R COURT REPORTERS

810 N STREET
277-0572/Fax 274-8982

1007 WEST THIRD AVENUE
272-7515

36

| | | |
|---|---|---|
| 1 | A | I don't recall looking at the ditch over here. |
| 2 | Q | Do you know whether there was any bermed snow right there?  And let me do this.  Let me make this swirl motion like this to indicate that I've made a series of what would be like O's or E's at the corner.  By the way, we need to do one other thing, orient north.  Can you orient north for me real quick? |
| 8 | A | Boy, I don't know that I can.  I can tell you north bound -- this way on the highway would be..... |
| 10 | Q | North bound? |
| 11 | A | .....towards Anchorage, which we called north bound because you're going towards Anchorage but looking at it from a compass..... |
| 14 | Q | Let's call it north bound. |
| 15 | A | Okay. |
| 16 | Q | Draw the arrow that way and write the word north bound -- okay. |
| 18 | A | I'm going to write north bound to Anchorage. |
| 19 | Q | Okay.  Now for the purposes of our diagram, the area I'm talking about is in the north corner and would be the northwest corner of the sheet of paper that we're looking at? |
| 23 | A | Yes. |
| 24 | Q | Okay.  And do you recall if there was any bermed snow in that location? |

R & R  COURT  REPORTERS

810 N STREET                    1007 WEST THIRD AVENUE
277-0572/Fax 274-8982           272-7515

Exhibit 1
Page 7 of 16

ANCHORAGE, ALASKA  99501

| | | |
|---|---|---|
| 1 | A | No, I don't, sir. |
| 2 | Q | Do you recall a ditch of any kind? |
| 3 | A | No, I don't, sir. |
| 4 | Q | And you never saw this turn out from the vantage point |
| 5 | | of traveling from north to south? |
| 6 | A | No, sir. |
| 7 | Q | You did not see this vehicle when you approached from |
| 8 | | the south until you'd actually entered the turn out |
| 9 | | area? |
| 10 | A | That's correct, sir. |
| 11 | Q | And in fact, you had to enter the turn out area |
| 12 | | completely in order to see it? |
| 13 | A | I -- I don't recall how far I had entered into the turn |
| 14 | | out area.  Completely is fairly vague.  There's a lot |
| 15 | | of the turn out area.  I remember seeing it shortly |
| 16 | | after I -- after I drove into the turn out. |
| 17 | Q | Okay.  You don't know which direction the complaining |
| 18 | | person was traveling at the time that they saw this |
| 19 | | particular vehicle? |
| 20 | A | Both directions I believe. |
| 21 | Q | Okay. |
| 22 | A | Because he was driving back and forth. |
| 23 | Q | And you don't know how long his perspective would have |
| 24 | | been of any visuals? |
| 25 | A | How long had his..... |

R & R  COURT  REPORTERS

810 N STREET                    1007 WEST THIRD AVENUE
277-0572/Fax 274-8982           272-7515

ANCHORAGE, ALASKA  99501

Exhibit  1
Page 8 of 16

38

| | | |
|---|---|---|
| 1 | Q | How long his perspective would have been?  I mean how long he would have seen the vehicle as he approached it? |
| 4 | A | Oh, how far away he would have seen it? |
| 5 | Q | And how long he would have seen it? |
| 6 | A | I believe he stated it had been there a couple hours. |
| 7 | Q | Okay.  But you state that the vehicle that he described was there for a couple of hours? |
| 9 | A | Yes, sir. |
| 10 | Q | Did you ever in any way, shape or form -- let me back up and restate that question to be a bit more affirmative than that.  Did you ever make -- conclude in any fashion the vehicle that's described as vehicle A is the vehicle described by the complainant? |
| 15 | A | Oh, I think I see -- I think I understand what you're saying.  You're asking me whether or not I ever doubted this was the vehicle called in? |
| 18 | Q | Did you ever find any way to know for certain that it was? |
| 20 | A | No. |
| 21 | Q | In fact, you don't know whether this vehicle was even the vehicle he saw? |
| 23 | A | I -- I believe it was.  It fit the description close enough. |
| 25 | Q | It fit the description because it was a car and it was |

R & R COURT REPORTERS

810 N STREET  
277-0572/Fax 274-8982

1007 WEST THIRD AVENUE  
272-7515

Exhibit 1  
Page 9 of 16

ANCHORAGE, ALASKA  99501

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | dark?  Give me some other identifier.                           |
| 2  | A | The time of night.                                              |
| 3  | Q | Okay.  So the time of night means that it's the same            |
| 4  |   | vehicle.  How is that possible, sir?                            |
| 5  | A | No, sir.  It just increases the -- it increased my              |
| 6  |   | confidence that it would be because it was the only             |
| 7  |   | vehicle he stated would be out there.  It was also a            |
| 8  |   | small sedan and we know from police work that car               |
| 9  |   | colors is very, very subjective.  Some people are color         |
| 10 |   | blind.                                                          |
| 11 | Q | Particularly in the winter time?                                |
| 12 | A | Particularly in the winter time.  What's that?                  |
| 13 | Q | Because people get all kinds of slush and crap on their         |
| 14 |   | cars?                                                           |
| 15 | A | I suppose that could be true.  Of course mud in the             |
| 16 |   | summer will do the same thing.                                  |
| 17 | Q | It was dark out?                                                |
| 18 | A | Very dark, yes.                                                 |
| 19 | Q | Were there any lights?                                          |
| 20 | A | In this area, artificial?                                       |
| 21 | Q | Yes.                                                            |
| 22 | A | No, sir.                                                        |
| 23 | Q | Okay.  Did the license plate numbers match?                     |
| 24 | A | We didn't receive license plate numbers on our call.            |
| 25 | Q | Your caller described more than one person in the               |

40

| | | |
|---|---|---|
| 1 | | vehicle? |
| 2 | A | My understanding was it was possible that there was |
| 3 | | more than one person in the vehicle. |
| 4 | Q | So you didn't know whether this vehicle for sure was |
| 5 | | the vehicle being described to you, did you? |
| 6 | A | I was confident that it was but of course an unknown |
| 7 | | suspicious vehicle without a license plate number is -- |
| 8 | | is just that.  There really is no way to confirm. |
| 9 | Q | Okay.  And the only thing that was suspicious is that |
| 10 | | it had been there for a long time? |
| 11 | A | No, sir. |
| 12 | Q | So what was suspicious about it? |
| 13 | A | The activity inside the vehicle.  Of course, DOT |
| 14 | | drivers drive all night every night and they never call |
| 15 | | in, you know, a cat in the road and -- and little |
| 16 | | things like that.  They only call in particular things. |
| 17 | | And -- and there was movement inside the vehicle and |
| 18 | | something going on with the lights, as I recall. |
| 19 | | Turning on and off or off when the driver would go by. |
| 20 | | Something like that.  It was certainly out of the norm. |
| 21 | Q | Do you recall specifically what your dispatch..... |
| 22 | A | No..... |
| 23 | Q | .....stated? |
| 24 | A | No, I don't. |
| 25 | Q | Isn't it true that to the best of your recollection the |

R & R  COURT  REPORTERS

810 N STREET                    1007 WEST THIRD AVENUE
277-0572/Fax 274-8982           272-7515

Exhibit  1
Page 11 of 16

ANCHORAGE, ALASKA  99501

41

| | | |
|---|---|---|
| 1 | | only dispatch you had was a suspicious dark vehicle at |
| 2 | | the Kenai Key turn out? |
| 3 | A | No. I -- I wouldn't say that's a complete description |
| 4 | | either, sir. |
| 5 | Q | Okay. So when you approached this vehicle, what made |
| 6 | | this vehicle suspicious to you? |
| 7 | A | When I approached the vehicle I was just investigating |
| 8 | | based on the call. The only thing that I thought was |
| 9 | | suspicious was that -- you know, at that point when I |
| 10 | | first saw it I thought it might even be abandoned. I |
| 11 | | didn't know anything about it. |
| 12 | Q | Okay. Have you ever seen a copy of the actual radio |
| 13 | | transmission to Trooper Whittom? |
| 14 | A | I believe I have. |
| 15 | | (Exhibit 6 proffered) |
| 16 | Q | I'm going to show you what's been marked as Exhibit 6 |
| 17 | | and we're going to look particularly at page three. |
| 18 | | And I want to identify that Exhibit 6 contains more |
| 19 | | than one -- it contains a conversation of the DOT |
| 20 | | driver and the radio traffic and recording of this |
| 21 | | particular event. Have you ever had a chance to see |
| 22 | | it? |
| 23 | A | I -- I have briefed over it but I don't recall its |
| 24 | | detail. |
| 25 | Q | Okay. So if I were to tell you that this dispatch says |

42

| | | |
|---|---|---|
| 1 | | DOT reported a blue sedan parked for 2 1/2 hours. |
| 2 | | Every time he drives by they turn lights on.  It's |
| 3 | | turned in Kenai Keys, back 19 towards Soldotna.  That's |
| 4 | | the description you received? |
| 5 | A | Sounds accurate, yes. |
| 6 | Q | No make of vehicle? |
| 7 | A | Not that I recall, no. |
| 8 | Q | No license number? |
| 9 | A | No, sir. |
| 10 | Q | So the information you received about turning lights on |
| 11 | | when they went by only came from the DOT driver and was |
| 12 | | dispatched..... |
| 13 | A | I don't..... |
| 14 | Q | .....to you? |
| 15 | A | There wasn't -- it was dispatched to Trooper Whittom. |
| 16 | Q | Okay. |
| 17 | A | I -- I just heard it over the radio. |
| 18 | Q | Okay.  Did you transmit that you would assist? |
| 19 | A | Yes.  I said -- I said I'd follow along with Trooper |
| 20 | | Whittom. |
| 21 | Q | What was your call sign that night, do you recall? |
| 22 | A | 1-E-16. |
| 23 | Q | Okay.  Do you know who SPD1 is? |
| 24 | A | Soldotna Police Department.  I don't know what the one |
| 25 | | stands for. |

R & R COURT REPORTERS

810 N STREET
277-0572/Fax 274-8982

1007 WEST THIRD AVENUE
272-7515

ANCHORAGE, ALASKA 99501

Exhibit 1
Page 13 of 16

43

| | | |
|---|---|---|
| 1 | Q | Okay. |
| 2 | A | I'm -- I believe SPD would be Soldotna Police |
| 3 | | Department. |
| 4 | Q | So if you said Soldotna 1-E-16 (ph), I'm 10-8, I copy, |
| 5 | | I'll 10-19 as well, okay, that was you confirming that |
| 6 | | you're going to go on that particular call? |
| 7 | A | Yes. |
| 8 | Q | Okay.  When you arrived it's my understanding you |
| 9 | | pulled your vehicle somewhat in front of this vehicle? |
| 10 | A | That's correct. |
| 11 | Q | You didn't particularly block the vehicle entirely in? |
| 12 | A | Yes. |
| 13 | Q | Wouldn't your training require that you prevent this |
| 14 | | vehicle from leaving? |
| 15 | A | You can't -- it depends on the scenario.  When I -- |
| 16 | | when I parked my vehicle there I believed it was |
| 17 | | abandoned.  I didn't see anyone in the vehicle. |
| 18 | Q | Okay.  You turned on your lights which included the |
| 19 | | lighting force lights on the grill? |
| 20 | A | I don't know if I had those on that Kenai vehicle or |
| 21 | | not.  I can't recall. |
| 22 | Q | Okay.  You had spotlights? |
| 23 | A | I didn't have a spotlight on that vehicle, no. |
| 24 | Q | Okay.  So you had at least bright lights? |
| 25 | A | Yes, sir. |

R & R COURT REPORTERS

810 N STREET           1007 WEST THIRD AVENUE
277-0572/Fax 274-8982  272-7515

ANCHORAGE, ALASKA  99501

Exhibit   1
Page 14 of 16

44

```
 1   Q        And you turned those bright lights on?
 2   A        No.  I believe it was just the head lights when I first
 3            pulled up, sir.
 4   Q        You didn't turn on the bright lights of the head
 5            lights?
 6   A        I don't recall that detail, sir, no.
 7   Q        Okay.  But you would have done that thought, wouldn't
 8            you, routinely in a stop?
 9   A        No, not necessarily.
10   Q        You do that every time you pull up behind somebody at
11            night, don't you?
12   A        No, sir.  You could blind oncoming traffic that way.
13   Q        Okay.  But you're not worried about blinding oncoming
14            traffic this night, are you?
15   A        No, I wasn't in that particular instance.
16   Q        Okay.  Now your vehicle was a Ford Explorer?
17   A        Correct.
18   Q        And you had a dog with you?
19   A        A canine unit, correct, sir.
20   Q        Okay.  And your canine unit remained in the vehicle the
21            entire time of this incident?
22   A        Yes, sir.
23   Q        So we don't have to make any mention of your dog or any
24            reference to your dog in this particular case?
25   A        I would say there'd be one reference to make.
```

R & R COURT REPORTERS

810 N STREET                 1007 WEST THIRD AVENUE
277-0572/Fax 274-8982        272-7515

ANCHORAGE, ALASKA  99501

Exhibit 1
Page 15 of 16

| | | |
|---|---|---|
| 1 | Q | What would that be? |
| 2 | A | The one reference would be that after the incident |
| 3 | | occurred I had to return to my vehicle to check on my |
| 4 | | dog as required and also that I believe -- it's |
| 5 | | speculation, but I believe that later on Trooper Nelson |
| 6 | | came and secure my dog for me. |
| 7 | Q | Okay.  Some how your dog got home? |
| 8 | A | Yes, sir. |
| 9 | Q | Okay. |
| 10 | A | He was okay. |
| 11 | Q | The -- so you pulled up, you had your headlights on, |
| 12 | | you don't recall having any other bright lights to |
| 13 | | shine in the windows of this vehicle? |
| 14 | A | Not initially, sir, no. |
| 15 | Q | And you thought the vehicle was initially abandoned |
| 16 | | when you approached it? |
| 17 | A | Yes. |
| 18 | Q | Okay.  You got out of your vehicle and walked forward? |
| 19 | A | No, sir. |
| 20 | Q | What did you do? |
| 21 | A | I just pulled straight up to the vehicle and began to |
| 22 | | call in the license plate of the vehicle..... |
| 23 | Q | Okay. |
| 24 | A | .....on my radio. |
| 25 | Q | Do you remember what the license plate number of that |

R & R  COURT  REPORTERS

810 N STREET                    1007 WEST THIRD AVENUE
277-0572/Fax 274-8982           272-7515

ANCHORAGE, ALASKA  99501

Exhibit  1
Page 16 of 16