<13.05-cv-00142-JWS    Document 54-7    Filed 02/01/2007    Page

