ument 54-9