ument 54-10