**STATE OF ALASKA**
**DEPT. OF PUBLIC SAFETY**
**TRANSCRIPTION OF RECORDING**

Case No. 03-800

204 (REV 4/00)

RLM1
2-10-03

Transcription Of: Shooting incident involving CASEY PORTER
Date: 1/4/03
Time: Approximately 0207 Hours
Location: Kenai Keys Road near the intersection of the Sterling Highway
Present: TRP. JESSE OSBORN (JO)
CASEY PORTER (CP)
TRP. JOE WHITTOM (JW)
Transcribed By: Vickie Miller

JO: ...get out of the car! Get out of the car, now! Get out of the car.
CP: What's wrong, sir?

JW: (indiscernible)
JO: Get out of the car.
JW: Throw up your hands, get in your veh...get out of your vehicle!
CP: Okay. No, no problem...I'll back up.

JO: No, you won't back up, you will get out of the car now.
JW: No! Get out, now!
JO: Do you understand me?
JW: (indiscernible)
CP: Yes, sir.

JO: You will get out of that car, show me your hands. Open the door, close, now.
JW: (To AST Dispatch) Sodotna, 1-E-20, we got him stopped.
JO: (To Trp. WHITTOM) Get that tazer out. (To CASEY PORTER) Open the door now.
JW: Turn off your vehicle!
CP: What's wrong, sir? I was just parked.

JO: Okay, open the door now.

(pepper spray being sprayed)

CP: Ahhh.....I didn't do nothing!

JO: Tell him he's been sprayed. Get out.

(Five shots fired)

JO: Shots....shots fired. Soldotna, 1-E-16, shots fired. We're 10-60. Get medics 10-19. You okay, WHITTOM?
JW: Yeah.

EXHIBIT 7 pg 1 of ___
CASE NO. ___

Vick
01/07/03-Page #1