Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and KRISTIE L. PORTER, Plaintiffs, vs. ARTHUR J. OSBORN and JOSEPH WHITTOM, Defendants | Case No. A05-0142 CV (JWS) |

## AFFIDAVIT OF CHRISTIE L. PORTER

Comes now Kristie L. Porter and being duly sworn deposes and states:

I am the mother of Casey Porter. He was my only child. I very much loved my son and I very much miss him. During the time he was alive, I had substantial contact with him, nearly every day with short periods of absence.

I took in Casey's girlfriend before Casey was shot and the mother to Amy Lynn Porter (dob 7/21/99), Casey's daughter. For over a year, I have had Amy Lynn Porter as her foster mother and I have applied and been approved to adopt her. She represents a small part of all I have left of the love I had for Casey.

When Casey was killed I was so upset and so depressed that it ruined my relationship with my boyfriend of seven years and I felt that a part of me

had died. The pain of the loss of Casey is still with me. I still get so angry that troopers shot him. No one ever called to say they were sorry and no one ever called to tell us what happened. I found out from the newspapers and people that heard the story on the radio news. The Troopers acted like they did not care about Casey's life or my affections for my son. They did not care that I lost a part of my life in Casey.

FURTHER AFFIANT SAYETH NAUGHT

_Kristie L. Porter_
Kristie L. Porter

STATE OF ALASKA )
                 )
3RD JUDICIAL DISTRICT )

Kristie Porter is known to me and appeared before me on ~~January 31~~, FEBRUARY 1, 2007 and stated that the information above was true to the best of her knowledge, information and belief.

Mark D. Osterman
Notary Public
My Commission Expires 3/13/09