Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and CHRISTIE A. PORTER,<br>    Plaintiffs,<br><br>vs.<br><br>ARTHUR J. OSBORN and JOSEPH WHITTOM, individually<br>    Defendants | Case No. A05-0142 CV (JWS) |

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Court being advised in the premise;

    IT IS ORDERED that the Motion for Summary Judgment is DENIED.

_____

Federal District Judge