IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and<br>KRISTIE L. PORTER,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ARTHUR J. OSBORN and JOSEPH<br>WHITTOM, individually,<br><br>　　　　　Defendants. | Case No.: 3:05-cv-00142-TMB<br><br>**AMENDED SCHEDULING ORDER** |

Based upon information available to the court through the parties' stipulated motion to amend the scheduling order, submitting by the parties pursuant to Fed. R. Civ. P. 16 and 26(f), and D. Ak. L. R. 16.1, the scheduling and planning order for the pretrial development of the case dated March 16, 2006 is amended as follows.

1. Discovery Plan.

    a. All discovery shall be commenced in time to be completed by May 18, 2007.

2. Pretrial Motions.

    a. Motions under the discovery rules must be filed on or before June 15, 2007. Discovery motions will be stricken if the parties fail to comply with Fed. R. Civ. P. 37(a)(2) and D. Ak. L. R. 37.1.

    b. Motions in limine must be filed on or before June 29, 2007.

    3.    Trial.

        a.    The matter will be ready for trial anytime after July 23, 2007.

        b.    The matter is expected to take 10 days for trial.

IT IS SO ORDERED.


Dated: February 5, 2007                      /s/ Timothy M. Burgess
                                                  Timothy M. Burgess
                                                  U.S. District Court Judge