TALIS J. COLBERG
ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and<br>KRISTIE L. PORTER,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARTHUR J. OSBORN and JOSEPH<br>WHITTOM, individually,<br><br>      Defendants. | Case No.: 3:05-cv-00142-TMB<br><br>**NOTICE OF ERRATA** |

On December 4, 2006, defendant's Whittom and Osborn filed their Motion for Summary Judgment on all claims. Exhibit C to that motion was the Affidavit of Ronald B. Heusser, one of defendants' experts. At paragraph 8 of that affidavit, Mr. Heusser referred to three attached photos.

Undersigned counsel has just learned that the photos may not have been attached to the affidavit and is therefore filing those photos herewith.

Plaintiffs' counsel has been previously provided these photos through discovery.

DATED this 8th day of February, 2007 at Anchorage, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:   s/ David D. Floerchinger
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:   (907) 258-0760
       Dave_Floerchinger@law.state.ak.us
       TWC.ECF@law.state.ak.us
       Alaska Bar No. 8511156

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing
Notice of Errata is being electronically served on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

s/ David D. Floerchinger 2/8/07