TALIS J. COLBERG
ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and KRISTIE L. PORTER, <br><br>  Plaintiffs, <br><br> v. <br><br> ARTHUR J. OSBORN and JOSEPH WHITTOM, individually, <br><br>  Defendants. | Case No.: 3:05-cv-00142-TMB |

**STIPULATION FOR EXTENSION OF TIME**

      The parties, by and through their undersigned counsel hereby stipulate to an extension of time for defendants to file their reply to plaintiffs' opposition to motion for summary judgment.  The defendants shall file a reply to the opposition by Tuesday, February 13, 2007.

DATED this 9th day of February, 2007 at Anchorage, Alaska.

>TALIS J. COLBERG
>ATTORNEY GENERAL
>
>By:  s/ David D. Floerchinger
>     Assistant Attorney General
>     Office of the Attorney General
>     1031 W. 4th Ave., Ste. 200
>     Anchorage, AK 99501
>     Phone: (907) 269-5190
>     Fax:   (907) 258-0760
>     Dave_Floerchinger@law.state.ak.us
>     TWC.ECF@law.state.ak.us
>     Alaska Bar No. 8511156

DATED this 9th day of February, 2007 at Kenai, Alaska.

>MARK D. OSTERMAN LAW OFFICE, PC
>ATTORNEY FOR PLAINTIFFS
>
>By:  s/ Mark D. Osterman (consent)
>     215 Fidalgo, Suite 106
>     Kenai, AK 99611
>     Phone: (907) 283-5660
>     Fax:   (907) 283-5677
>     Alaska Bar No. 0211064

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing Stipulation for Extension is being electronically served on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

s/ David D. Floerchinger          2/9/07