TALIS J. COLBERG
ATTORNEY GENERAL

David D. Floerchinger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@law.state.ak.us

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and<br>KRISTIE L. PORTER,<br><br>          Plaintiffs,<br><br>     v.<br><br>ARTHUR J. OSBORN and JOSEPH<br>WHITTOM, individually,<br><br>          Defendants. | Case No.: 3:05-cv-00142-TMB<br><br>**PROPOSED ORDER<br>FOR EXTENSION OF TIME** |

The court having reviewed the stipulation between the parties for an extension in which defendants will reply to the plaintiffs' opposition to motion for summary judgment, the court HEREBY ORDERS the following:

Defendants' reply to the opposition to motion for summary judgment shall be filed no later than February 13, 2007.


Dated: _____

                                                                    _____
                                                                    Timothy M. Burgess
                                                                    U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date,
a copy of the foregoing
Proposed Order for Extension
is being electronically served on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

s/ David D. Floerchinger        2/9/07