TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC.EFC@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and<br>KRISTIE L. PORTER,<br><br>         Plaintiffs,<br><br>   v.<br><br>ARTHUR J. OSBORN and JOSEPH<br>WHITTOM, individually,<br><br>         Defendants. | Case No.: 3:05-cv-00142-JWS<br><br>**SUBSTITUTION OF COUNSEL** |

      Please take notice that Dave Floerchinger has retired from his employment as an Assistant Attorney General for the State of Alaska, and that Gilman Dana S. Burke is substituted as counsel for defendants Arthur J. Osborn and Joseph Whittom, and hereby enters his appearance. All pleadings and correspondence in this case should be directed to: Gilman Dana S. Burke, Attorney General's Office, 1031 W. 4th Avenue, Suite 200, Anchorage, AK 99501, Tel: (907) 269-5190, Fax: (907) 258-0760.

DATED this 26th day of September, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL


By:   /s/Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone:  (907) 269-5190
Fax:  (907) 258-0760
Dana.Burke@alaska.gov
TWC.ECF@alaska.gov
ABA No. 9011085


This is to certify that on this date, a copy of the foregoing is being mailed and emailed to:

Mark Osterman
215 Fidalgo, Ste 106
Kenai AK 99611

_____
Law Office Assistant              Date