TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC.EFC@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and<br>KRISTIE L. PORTER,<br><br>        Plaintiffs,<br><br>   v.<br><br>ARTHUR J. OSBORN,<br><br>        Defendant. | Case No.: 3:05-cv-00142-JWS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ALLOW OVERLENGTH BRIEF** |

The Court, having reviewed Defendant Osborn's Motion to Allow Overlength Brief, Dated October 1, 2007, and all opposition and reply memoranda herby Orders that the Motion to Allow Overlength Brief is GRANTED.

IT IS SO ORDERED this __ day of October, 2007.

_____
U.S. District Court Judge Sedwick

This is to certify that on this date, a copy of the foregoing Proposed Order to Defendant Osborn's Motion to Allow Overlength Brief is being served via electronically to:

Mark Osterman
215 Fidalgo, Ste 106
Kenai AK 99611

s/Gilman Dana S. Burke 10/1/07