TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC.EFC@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ARTHUR J. PORTER and KRISTIE L. PORTER, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:05-cv-00142-JWS |
| v. | ) ) | **[PROPOSED] ORDER GRANTING DEFENDANT** |
| ARTHUR J. OSBORN, | ) ) | **OSBORN'S MOTION FOR RECONSIDERATION** |
| Defendant. | ) ) | |

The Court, having reviewed Defendant Osborn's Motion For Reconsideration Dated October 1, 2007, and all opposition and reply memoranda herby Orders that the Motion For Reconsideration is GRANTED. Accordingly, Plaintiffs may have until October ____, 2007 to file their substantive response to Trooper Osborn's Motion For Reconsideration.

IT IS SO ORDERED this __ day of October, 2007.

_____
U.S. District Court Judge Sedwick

This is to certify that on this date, a copy of the foregoing Proposed Order to Defendant Osborn's Motion For Reconsideration is being served via electronically to:

Mark Osterman
215 Fidalgo, Ste 106
Kenai AK 99611

s/Gilman Dana S. Burke 10/1/07