TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC_EFC@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ARTHUR J. PORTER and KRISTIE L. PORTER, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:05-cv-00142-JSW |
| v. | ) ) ) | |
| ARTHUR J. OSBORN individually, | ) ) | **REQUEST FOR STATUS CONFERENCE PURSUANT TO COURT ORDER**, DOCKET NO. 63 |
| Defendant. | ) ) | |

Defendant Osborn ("Trooper Osborn"), through undersigned Counsel and with the consent of Plaintiffs' counsel, Mark Osterman, requests a status conference as contemplated in the Court's September 26, 2007 Order, Docket No. 63.  In view of Trooper Osborn's motion for reconsideration, (Docket No. 67), and in view of Plaintiff's pending opposition to the motion for reconsideration (see Order, Docket No. 70), and in view of the parties' recognition that discovery is incomplete[1], the parties agree that a

---

[1] Trooper Osborn's motion for summary judgment based on qualified immunity, Docket No. 46, stayed discovery; moreover Plaintiffs' Counsel was unavailable for a significant period in 2007 due to serious illness.

status conference is warranted. At the status conference that parties will be prepared to address remaining discovery and, if the Court so desires, the substance of Trooper Osborn's motion for reconsideration.

DATED this 11th day of October, 2007 at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:   /s/ Gilman Dana S. Burke
      Assistant Attorney General
      Office of the Attorney General
      1031 W. 4th Ave., Ste. 200
      Anchorage, AK 99501
      Phone: (907) 269-5190
      Fax:   (907) 258-0760
      Dana.Burke@alaska.gov
      TWC.ECF@alaska.gov
      Alaska Bar No. 9011085

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing
Request for Status Conference
is being electronically served on:

Mark D. Osterman
mosterman@markostermanlaw.com
mdosterman@alaska.com

/s/ Gilman Dana S. Burke 10/11/07