Mark D. Osterman, Attorney
Osterman Law Office, P.C.
215 Fidalgo Drive, Suite 106
Kenai, Alaska 99611
907-283-5660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER, and ) <br> CHRISTIE L. PORTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ARTHUR J. OSBORN, ) <br> ) <br> Defendant ) <br> _____) | Case No. 3:05-cv-00142 JWS |

## ORDER DENYING RECONSIDERATION

Defendant Arthur Osborn has asked the Court to Reconsider (Docket 67) the earlier decision of the Court (docket 63) that denied the Motion in part.

The Court is bound by the requirements of *School District No. 1J, Multnomah County v. A C and S, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). *Sanchez v. Johnson*, 301 F. Supp. 2d 1060, 1061-1062 (D. Cal. 2004) aff'd 416 F.3d 1051 (9th CA 2005). The Court must be presented with newly discovered evidence, or be shown that the Court committed clear error or the initial decision was manifestly unjust, or that there is an intervening change in controlling law.

Order Denying Reconsideration
Arthur J. Porter and Christie L. Porter vs. Arthur J. Osborn
Case No. 3:05-cv-00142 JWS

Page 1 of 2

Defendant has failed to make such a presentation that there is new evidence or that there is some manifest unjustice resulting from its findings. No evidence is presented of any change in case law.

IT IS ORDERED that the Motion for Reconsideration is DENIED for those reasons stated by the Plaintiff and established by the failure to meet the requirements for reconsideration.

_____
John W. Sedwick
Federal District judge