TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Ave., Suite 200
Anchorage, Alaska  99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC.EFC@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and<br>KRISTIE L. PORTER,<br><br>        Plaintiffs,<br><br>v.<br><br>ARTHUR J. OSBORN,<br><br>        Defendants. | Case No.: 3:05-cv-00142-JWS<br><br>**NOTICE OF PAYMENT OF APPELATE DOCKET FEE AND SUBMISSION OF DOCKETING STATEMENT** |

Defendant (Trooper Osborn), through counsel and pursuant to FRAP 3(e), hereby notifies the Court and opposing counsel that Trooper Osborn has paid to the district clerk the required fee in conjunction with Trooper Osborn's separately filed Notice of Appeal.  Notice is further given that Trooper Osborn has submitted to the Clerk the Civil Appeal Docketing Statement required under Circuit Rule 3-4.  This notice is being delivered, paper copy, to the Clerk of the Court along with the fee check

and the Docketing Statement.  This notice is also being electronically filed, and electronically served on opposing counsel.

DATED this 15th day of November, 2007 at Anchorage, Alaska.

            TALIS J. COLBERG
            ATTORNEY GENERAL

By: /s/Gilman Dana S. Burke
   Assistant Attorney General
   Office of the Attorney General
   1031 W. Fourth Ave., Ste. 200
   Anchorage, AK 99501
   Phone:  (907) 269-5190
   Fax:  (907) 258-0760
   Dana.Burke@alaska.gov
   TWC.ECF@alaska.gov
   ABA No. 9011085

This is to certify that on this date, a copy of the
foregoing Notice of Appeal (with Representation Statement)
is being served electronically and by U.S. Mail to:

Mark Osterman
215 Fidalgo, Ste 106
Kenai AK 99611
mosterman@markostermanlaw.com


s/Gilman Dana S. Burke 11/15/07