Burke, Dana S (LAW)

From: cmecfmail@akd.uscourts.gov
Sent: Wednesday, October 17, 2007 2:02 PM
To: cmecfmail@akd.uscourts.gov
Subject: Activity in Case 3:05-cv-00142-JWS Porter et al v. Osborn et al Order on Motion for Reconsideration

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
U.S. District Court
District of Alaska

Notice of Electronic Filing
The following transaction was entered on 10/17/2007 2:01 PM ADT and filed on 10/17/2007

Case Name: Porter et al v. Osborn et al
Case Number: 3:05-cv-142 https://ecf.akd.uscourts.gov/cgi-bin/DktRpt.pl?200

Filer:

Document Number: 73
(No document attached)
Docket Text:
JWS ORDER re: [67] Motion for Reconsideration: The court has considered the motion at docket 67 and plaintiffs' response. The court finds no basis for reversing its original decision. The motion at docket 67 is DENIED.
 (GMM, COURT STAFF)
3:05-cv-142 Notice has been electronically mailed to:
Gilman Dana S. Burke                                              twc.ecf@alaska.gov,
angela.driggs@alaska.gov, dana.burke@alaska.gov

Mark D. Osterman                                                  mosterman@markostermanlaw.com,
mdosterman@alaska.com


3:05-cv-142 Notice has been delivered by other means to:

1

Exhibit B
Page 1 of 1