TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. Fourth Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5190
Fax: (907) 258-0760
Email: TWC.EFC@alaska.gov

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARTHUR J. PORTER and )<br>KRISTIE L. PORTER, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>ARTHUR J. OSBORN, )<br> )<br>Defendants. )<br>_____ ) | Case No.: 3:05-cv-00142-JWS<br><br>**NOTICE OF APPEAL**<br>**(WITH REPRESENTAION**<br>**STATEMENT)** |

Notice is hereby given that Defendant Arthur J. Osborn ("Trooper Osborn"), through undersigned counsel and pursuant to Rule 3 of the Federal Rules of Appellate Procedure, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's September 24, 2007 order denying Trooper Osborn's motion for summary judgment, and from the District Court's October 17, 2007 order denying Trooper Osborn's motion for reconsideration. The September 24, 2007 order (<u>Exhibit A</u>) denied Trooper Osborn's Civil Rule 56 motion seeking qualified immunity from

Plaintiffs' lawsuit alleging Trooper Osborn violated Plaintiffs' constitutional rights by using deadly force against Plaintiffs' adult son during a police investigation. The October 17, 2007 minute order denying Trooper Osborn's motion for reconsideration of the summary judgment denial is attached as Exhibit B.

Notice is further given that because the order denying summary judgment and the order denying reconsideration are based on a disputed interpretation of the law of qualified immunity, this appeal is filed as a matter of right pursuant to Mitchell v. Forsyth, 472 U.S. 511, 530 (1985), and Beier v. City of Lewiston, 354 F.3d. 1058, 1063 (9th Cir. 2004).

In accordance with FRAP Circuit Rule 3-2(b), a Representation Statement is appended to this Notice of Appeal. The parties' names and their contact addresses are listed on the Representation Statement. This Notice and the Representation Statement are filed and served as a single document. Pursuant to FRAP 3(e) the filing fee for this appeal is being delivered to the Clerk of the U.S. District Court under separate filing along with a Circuit Rule 3-4 Civil Appeals Docketing Statement.

DATED this 15th day of November, 2007 at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By:   /s/Gilman Dana S. Burke
      Assistant Attorney General
      Office of the Attorney General
      1031 W. Fourth Ave., Ste. 200
      Anchorage, AK 99501
      Phone:  (907) 269-5190
      Fax:  (907) 258-0760
      Dana.Burke@alaska.gov
      TWC.ECF@alaska.gov
      ABA No. 9011085

## REPRESENTATION STATEMENT

The parties to the orders appealed from and the names and addresses of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| **Plaintiffs** | |
| Arthur J. Porter | Mark Osterman |
| Kristie L. Porter | 215 Fidalgo, Ste 106 |
| | Kenai AK 99611 |
| | (907) 283-5660 |
| **Defendant** | |
| Arthur J.Osborn | Gilman Dana S. Burke |
| | Office of the Attorney General |
| | 1031 W. 4th Ave., Ste. 200 |
| | Anchorage, AK 99501 |
| | (907) 269-5190 |

This is to certify that on this date, a copy of the
foregoing Notice of Appeal (with Representation Statement)
is being served electronically and by U.S. Mail to:

Mark Osterman
215 Fidalgo, Ste 106
Kenai AK 99611
mosterman@markostermanlaw.com


s/Gilman Dana S. Burke 11/15/07