```
             UNITED STATES
             DISTRICT COURT
              District of Alaska
              Anchorage Division

             #  00131739  -  PS
              November 15, 2007

     Code     Case #    Qty      Amount

    086900-F  05-142
    510000-C  05-142              105.00 CK
    086400-R  05-142              150.00 CK
                                  200.00 CK

         TOTAL→
                                  455.00


    FROM: STATE OF ALASKA FOR
          TROOPER OSBORN
          NOTICE OF APPEAL
          3:05-CV-00142 JWS
```