```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ARTHUR J. PORTER, et al     vs.    ARTHUR J. OSBORN, et al

BEFORE THE HONORABLE  JOHN W. SEDWICK     CASE NO. 3:05-CV-00142-JWS

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   MARK OSTERMAN - TELEPHONIC

               DEFENDANT:   GILMAN DANA S. BURKE

PROCEEDINGS: STATUS CONFERENCE HELD 11/20/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:31 a.m. court convened.

Court and counsel heard re defendant's taken an appeal.

Court and counsel heard re plaintiff's oral motion to continue discovery in this case pending appeal; **DENIED.**

At 8:35 a.m. court adjourned.

DATE:      November 20, 2007    DEPUTY CLERK'S INITIALS:   SCL

Revised 6/18/07