**RECEIVED**
NOV 2 6 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>Porter et al v Osborn et al</u>
Court of Appeals No. (leave blank if unassigned):   **07-35974**
U.S. District Court Judge Name and Case No.: <u>JOHN W. SEDWICK - 3:05-cv-00142-JWS</u>
Date Complaint Filed: 6/17/05
Date Appealed Order *entered*: 9/24/07, 10/17/07
Date NOA *filed*: <u>11/15/07</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>11/15/07</u>    Date Docket Fee billed: _
Date FP granted: _    Date FP denied: _
Is FP pending? _no    Was FP Limited/Revoked?
US Government Appeal?  _no
Companion Cases? Please list: _
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:

**Gilman Dana S. Burke**                **Mark D. Osterman**
Attorney General's Office               Osterman Law Office, P.C.
1031 W. 4th Avenue, Suite 200           215 Fidalgo, Suite 106
Anchorage, AK 99501                     Kenai, AK 99611

<u>X</u> retained   __CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _              Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: <u>$455.00</u>          9th Circuit Docket Number: _

Name and phone number of person completing this form:  <u>Nancy Lealaisalanoa - 907-677-6122</u>