UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: July 3, 2008

To:                                                       ATTN: ( X ) CIVIL
    U.S. Court of Appeals Building
                                       ( ) CRIMINAL

                                       ( ) JUDGE

From: U.S. District Court
       District of Alaska (Anchorage)
       222 W. 7th Ave., #4
       Anchorage, AK 99513

DC No: 3:05-cv-00142-JWS    Appeal No: 07-35974

Short title: Porter v Osborn

Composition of Record

Clerk's Files in __1__ volumes    ( ) original    ( ) certified copy

    Bulky docs. ____ volumes, docket #_____
                               (folders)

Reporter's in __0__ volumes    (X) original    ( ) certified copy
Transcripts          Docket #'s

Exhibits:    in _____ envelopes    ( ) under seal

         in _____ boxes    ( ) under seal

Other: **No Sealed volumes: filed 1/1/06 and after are available electronically:.**
(please note any documents filed under seal)

Acknowledgement:_____    Date:_____

"record.app" [11/21/97]